

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 4 2020

JAMES W. McCORMACK, CLERK

By: _____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT**
~~LITTLE ROCK~~ DIVISION
*Central*

CONNIE BARNES, Individual                                    PLAINTIFF

vs.                                    CASE NO.: 4:20-cv-712-LPR

COMPASS GROUP USA Incorp. AND
COMPASS ONE and MORRISON HEALTHCARE

DEFENDANT

**COMPLAINT**    This case assigned to District Judge *Rudofsky*
and to Magistrate Judge *Volpe*

COMES the Plaintiff CONNIE BARNES, Individual and Plaintiff by and through her

attorney, Marcus C. Devine, Devine Legal Services and for her cause of action against the

Defendants herein alleges and states for her Complaint:

1.    Connie Barnes, is an individual and legal resident of the State of Arkansas, she is a

resident of Pulaski County, Arkansas and is authorized to bring this action pursuant

to Title VII of the Civil Rights Act of 1964, 28 USC 1332 and Ark. Code Ann. §§

16-56-105 and §§ 18 -42-107 et seq.

2.    Compass Group USA and Compass One and Morrison Healthcare (hereafter

Compass or Defendant), is a publicly traded company headquartered in Chertsey

England (UK) with its United States subsidiary headquartered and located at 2400

Yorkmont Road, Charlotte, North Carolina 28217.

3.    Defendant, did and does business in Little Rock, Arkansas at the Arkansas
      Childrens's Hospital at One Childrens Way, Little Rock, Arkansas 72202.

4.    Jurisdiction for this proceeding is pursuant to 28 USC 1331 and 1332 and Title VII
      of the Civil Rights Act of 1964.

5.    Jurisdiction and venue are proper in this court.

6.    The Plaintiff began her employment with the Defendant on April 22, 2019.

7.    As a condition for and requirement of her employment, the Defendant presented and
      the Plaintiff signed a '**Compass One Healthcare Associate Handbook**' (See
      Attachment "A").

8.    The Plaintiff had no write ups or disciplinary actions during the course of her
      employment with the Defendant.

9.    On or about Tuesday, December 10, 2019, the Plaintiff attended and spoke at a
      public meeting arranged by the Defendant to air issues and putatively resolve said
      issues. (The Plaintiff alleged in open forum that the Defendant had been late/slow in
      issuing paychecks to numerous employees and that the Defendant had miscalculated
      leave balances and was otherwise unclear about the leave process).

10.   On or about Monday, December 16, 2019, after repeated bullying and verbal abuse
      from her supervisor, she was summarily terminated ostensibly because she was in
      violation of the company dress code, specifically the provision that certain
      employees wear slip resistant shoes or shoe covers in the facility.

11.   On February 20, 2020, the Plaintiff made a formal 'Charge of Discrimination' to the
      Equal Employment Opportunity Commission for the wrongful and retaliatory
      termination. The EEOC issued a 'Right to Sue' Letter on March 9, 2020. (See

attachment "B").

12.    The Compass One Healthcare Associate Handbook (Handbook) is replete with references to the "team environment" and a "diverse and inclusive" working environment.

13.    The Handbook also includes specific language to attempt to deny that any express or implied employment contract is being offered by said Handbook.  However, all employees were and are required to sign the Handbook as a condition of employment and the Handbook lays out expectations and requirements for progressive discipline for certain actions.

14.    The Handbook also details the Defendant's "speak up" hotline and specifically proffers a "no retaliation assurance" policy.

15.    The Handbook also expressly assures workers on page 4 that "it is also the practice of the Ccmpany (sic) to provide a workplace that is free of bullying and intimidating behavior by or towards coworkers, customers and vendors." And that "Finally, it is the practice of the Ccmpany (sic) to provide a workplace with open communication, and that is free from retaliation or unfair treatment against any individual that reports good faith concerns of suspected violations of this Policy".

16.    Furthermore, the Handbook on page 12 evidences the Defendant's policy to properly record all hours worked by employees.

17.    Page 24 of the Handbook mentions "non canvas slip resistant close toe shoes" that should be worn as a part of uniform/dress requirements for certain employees, of which the Plaintiff was included.

18.    The Handbook details a progressive discipline regime and lists on page 33

"Examples of Offenses That Will Normally Result in Progressive Counseling" and lists C.9 as "failure to observe Company dress code, uniform policy , etc."

19.     The "violation" of the dress code mandate of non canvas slip resistant close toe shoes and subsequent termination was a ruse for the actual reason of termination which was because the Plaintiff was a black woman who was being bullied/retaliated  by her supervisor after she raised valid concerns in the proper venue.

## COUNT I -WRONGFUL TERMINATION

20.     The information contained in Points 1-19 are incorporated herein by reference.

21.     Because of this wrongful termination, the Plaintiff was fired from a job that she really enjoyed two weeks before Christmas with no income and no benefits and no real prospects from a job that she really enjoyed and she sustained damages as a result.

22.     The Defendant distributed and mandated that the Plaintiff and all other employees sign the Handbook (see Attachment "A").

23.     The Handbook contained express provisions concerning progressive discipline and the process for termination from employment with the Defendant.

24.     The Plaintiff relied to her detriment on those provisions in the Handbook.

25.     The Defendant failed to follow those provisions in the Handbook.

26.     The wrongful termination was the proximate cause of the Damages that the Plaintiff sustained.

27.     Plaintiff demands a trial by jury upon all issues when joined.

## COUNT II – DISCRIMINATION/RETALIATION BASED ON RACE

28.     The information contained in Points 1-27 are incorporated herein by reference.

29.     Title VII of the Civil Rights Act of 1964, 42 USC § 2000 et. seq. makes illicit discrimination by employers against their employees.

30.     The Plaintiff, Connie Barnes is a black woman.  Her supervisor and his supervisor are white.

31.     The Act makes unlawful the practice of "… (the) discharge any individual or otherwise discriminat(ing) against any individual with respect to (her)… privileges of employment because of such individual's race…" §2000 e-2. {Section 703}

32.     The Act further makes illicit the retaliation against employees by "discriminat(ing) (against an employee) for making charges, testifying…" §2000 e-3{Section 704}

33.     The Defendant terminated the Plaintiff immediately after she complained about timely pay, open and consistent leave processes and her bullying and intimidating supervisor.

34.     On the day of the wrongful termination of the Plaintiff, her supervisor was berating and bullying her and when she protested, she was terminated immediately.  After the terminating threat from her supervisor, her supervisor's supervisor  officially terminated her for the putative reason that she was not wearing non canvas slip resistant shoes or slip on shoe covers.  This sham reason was obviously a ruse as the penalty for being out of uniform according to the Employee Handbook, is and was that she should have been given some form of progressive discipline, at least according to the Defendant's own Associate Handbook.

35.     After this wrongful termination, the Plaintiff was/is unable to find a comparable job with comparable benefits.  She suffered physical maladies also embarrassment and significant stress and pressure from being unfairly terminated just before Christmas.

Prior to this traumatic incident, the Plaintiff had never been terminated and was shocked, hurt and devastated by this wrongful, retaliatory and discriminatory termination.

WHEREFORE, Plaintiff prays that the Court set an early hearing on this matter and thereafter find:

1.  That the Defendants, Compass Group USA/Compass One/Morrison Healthcare individually and collectively, violated the Plaintiff's Constitutional Rights by violating Title VII of the Civil Rights Act of 1964 and did wrongfully and maliciously terminate the Plaintiff because of her race as a black woman and did retaliate against her for speaking out after being berated and bullied by her supervisor. This occurred directly after she spoke out in open forum about issues and practices of the Defendant in an open forum meeting, in direct contravention of the stated policy of the Defendant as evidenced in the Defendant's Associate Handbook. As such the Plaintiff's demands the sum of Two Hundred and Fifty Thousand Dollars and 0/100ths ($250,000.00), plus interest, court costs and attorney's fees and all other relief the Court may deem fair and proper.

2.  That the Plaintiff suffered damages for physical pain and suffering and emotional distress and embarrassment and harm to her reputation from the Defendant's Violation of the plaintiff's Constitutional Rights in an amount to be determined by the Court.

3.  That the Plaintiff is entitled to trial by jury for her other costs and attorney's fees.

DEVINE LEGAL SERVICES

By: _____

Marcus Devine (98-097)
Attorney for Plaintiff
Devine Legal Services
110 Trelon Way
Little Rock, Arkansas  72223
(479) 402-0575

marcdevine612@icloud.com

ATTACHMENT A



# Associate Handbook



    

great community  great company  great people  great careers  great rewards

         

        

COMPASS | altogethergreat

January 2019



Dear Associate,

It gives me great pleasure to welcome you to Compass One-Healthcare as a new member of Morrison Healthcare or Crothall Healthcare ("our Company"). As a member of our family, you are now part of the nation's leading healthcare food, nutrition, and support services companies, joined to provide an array of specialized services. In this patient-focused industry, we know our Associates are the foundation of our continued success. We must continue to attract, retain, and develop great people like you! So be assured that our phenomenal growth, dynamic divisions, and competitive packages have enabled us to create growth opportunities for you and all of our people.

With such a diverse workforce, we listen to our Associates' needs to create a desirable place to work, competitive wages, and a choice of quality benefits. We value your input and through feedback opportunities, including the Your Voice Employee Survey, we empower our people to voice their concerns. We want to know how we're doing and always respond by developing action plans that address areas needing our attention. This process helps us to create a culture of both engaged and enabled employees throughout the company and in all of the hospitals and health systems we serve.

Our commitment to your future within Compass One-Healthcare began the moment you accepted your new position. As you begin your journey with us, I'm confident you will quickly notice the rewards of being part of a company with national experience, expertise, resources, extraordinary benefits, and promising career prospects. We strive to promote from within, but it is also up to you to build your career and grow with us. Our dedication to developing the skills and talents of qualified individuals like you spans the continent, making each of you an integral part of our Company.

This handbook is designed to provide you with resources and information related to the Company. As our organization continues to grow, our focus on exceptional service, patient experiences, and engaged people will always remain at the forefront. I hope you will take pride in the organization you have joined—where our achievements are measured not just by the bottom line, but also by the quality of our people.

Thank you for being part of our family and the Compass One-Healthcare team.

Bobby

Bobby Kutteh
Chief Executive Officer
Compass One-Healthcare

# TABLE OF CONTENTS

## 1. Introduction

1.1   About This Handbook .................................................................................................................................. 1

## 2. Employment Policies

2.1   Equal Employment Opportunity ..................................................................................................... 1
2.2   Affirmative Action ............................................................................................................................ 2
2.3   Diversity and Inclusion ................................................................................................................... 2
2.4   Open Communication ....................................................................................................................... 3
2.5   SpeakUp Hotline ................................................................................................................................ 3
2.6   Fair Treatment Policy ....................................................................................................................... 3
2.7   Sexual Harassment Policy ................................................................................................................ 5
2.8   Growing with the Company ............................................................................................................. 7
2.9   Performance Management/Career Development ........................................................................ 8
2.10  Non-Disclosure of Confidential Company Information ............................................................. 8
2.11  Drugs and Alcohol ............................................................................................................................ 9
2.12  Tobacco Free Workplace ................................................................................................................. 10
2.13  Right to Inspect/Workplace Searches .......................................................................................... 10
2.14  Conflict of Interest/Employment Outside the Company .......................................................... 11
2.15  Employment of Relatives ............................................................................................................... 11

## 3. Compensation

3.1   Classification of Employment ....................................................................................................... 11
3.2   Introductory Period .......................................................................................................................... 12
3.3   Proper Recording of All Hours Worked ....................................................................................... 12
3.4   Meal Periods, Rest Breaks, and Other Company Approved Breaks ...................................... 13
3.5   Overtime Pay .................................................................................................................................... 14

## 4. Benefits

4.1   Family and Medical Leave ............................................................................................................. 15
4.2   Pregnancy Reasonable Accommodation Leave .......................................................................... 18
4.3   Accommodations for Individuals with Disabilities .................................................................. 21
4.4   Military Leave ................................................................................................................................... 21
4.5   Bereavement ...................................................................................................................................... 22
4.6   Jury Duty and Witness Testimony ................................................................................................ 23
4.7   Time Off to Vote .............................................................................................................................. 23

## 5. Associate Conduct

5.1   Personal Appearance and Hand Washing ................................................................................... 23
5.2   Uniforms ............................................................................................................................................ 25
5.3   Workplace Safety ............................................................................................................................. 25
5.4   Attendance Policy ............................................................................................................................ 26
5.5   Personal Information ....................................................................................................................... 29
5.6   Resignation ....................................................................................................................................... 29
5.7   Violence Free Workplace ............................................................................................................... 30
5.8   Work Rules ........................................................................................................................................ 30
5.9   Integrity in the Workplace ............................................................................................................. 33
5.10  Environmental Standards .............................................................................................................. 33
5.11  Use of Company and Client Technology ...................................................................................... 34
5.12  Use of Personal Technology .......................................................................................................... 34
5.13  Social Media ..................................................................................................................................... 35

## Handbook Supplement

Handbook Receipt/Uniform Receipt

# 1.  INTRODUCTION

## 1.1  ABOUT THIS HANDBOOK

We are so excited that you have joined the Compass Group Team. We encourage you to read this Handbook thoroughly to learn about what the Company has to offer and what the Company expects from you as a new or tenured Associate. If you have any questions about this Handbook, please do not hesitate to contact your Manager or Human Resources. We are here to help you!

From time to time, the Company may need to change or revise certain policies in this Handbook. Although the Company will always try to keep you advised of any changes to policies, changes may occur before any written revisions are distributed to everyone in the organization. Please disregard any prior Handbook versions that you may have received.

**THIS HANDBOOK IS NOT INTENDED TO BE NOR DOES IT CONSTITUTE AN EXPRESS OR IMPLIED CONTRACT OF ANY KIND. NOTHING IN THIS HANDBOOK IS INTENDED TO CREATE ANY TYPE OF AGREEMENT FOR EMPLOYMENT OR CONTINUED EMPLOYMENT. FINALLY, PLEASE UNDERSTAND THAT THIS HANDBOOK IS THE PROPERTY OF THE COMPANY AND IS CONFIDENTIAL.**

All Company Associates are "at will" Associates. This means that Associates have the right to resign their position at any time, with or without cause and/or notice. Likewise, the Company can terminate the employment relationship with any Associate at any time with or without cause and/or notice. Statements or promises that may be made by Managers and other executives, with the exception of a written agreement signed by the EVP of Human Resources, may not supersede the at-will employment relationship.

# 2.  EMPLOYMENT POLICIES

## 2.1  EQUAL EMPLOYMENT OPPORTUNITY

Compass Group is proud to be an equal employment opportunity employer. It is the policy of the Company to provide equal employment opportunity without regard to race, color, creed, religion, disability, age, sex, marital status, pregnancy, child birth or any related condition, sexual orientation, gender identity, gender expression, transgender, national origin, citizenship status, veteran status, genetic information, or any other basis protected by federal, state, or local laws.

In this regard, the Company recruits, hires, trains, and promotes qualified individuals in all positions without regard to race, color, creed, religion, disability, age, sex, marital status, pregnancy, child birth or any related condition, sexual orientation, gender identity, gender expression, transgender, national origin, citizenship status, veteran status, genetic information, or any other basis protected by federal, state, or local laws. This Policy applies to all employment related decisions and actions including, but not limited to, compensation, benefits, disciplinary action, training, and leaves of absence. The Company further provides reasonable accommodations to Applicants and Associates with sincerely held religious beliefs or disabilities, as required by federal, state, or local law.

The Company complies with, and strictly enforces federal, state, and local laws that prohibit discrimination, harassment, and retaliation, including but not limited to the following laws (as amended):  the National Labor Relations Act of 1935; the Equal Pay Act of 1963;  Title VII of the Civil Rights Act of 1964;  the Age Discrimination in Employment Act of 1967;  the Pregnancy Discrimination Act of 1978; the Americans with Disabilities Act of 1990; the Family Medical Leave Act of 1993; the Uniformed Services Employment and Reemployment Rights Act of 1994;  the Genetic Information Nondiscrimination Act of 2008; or other similar state or local laws. The Company however, goes above and beyond these legal requirements and strives to provide our Associates with a work environment in which all Associates are treated in a fair and respectful manner. Accordingly, an Associate may be subject to discipline under this Policy even if his/her conduct does not constitute a violation of applicable law.

All Associates are responsible for adhering to and enforcing the Company's policy and commitment to equal opportunity. Each Associate has the responsibility to immediately contact management or Human Resources with any concerns of possible violations under this Policy.

## 2.2   AFFIRMATIVE ACTION STATEMENT

Compass Group USA, Inc., and its affiliated companies (the "Company") complies with Executive Order 11246, as amended, Section 4212 of the Vietnam Era Veteran's Readjustment Assistance Act of 1974, as amended ("VEVRAA"), and Section 503 of the Rehabilitation Act of 1973, as amended ("Section 503"). Accordingly, it is the Company's policy to take affirmative action to employ and advance in employment minorities, females, protected veterans, and individuals with disabilities. The Company will also provide reasonable accommodation to known physical or mental limitations of an otherwise qualified Associate or applicant for employment, unless the accommodation would impose undue hardship on the operation of our business.

It is the policy of the Company to recruit, hire, train, and promote individuals in all positions, and ensure that all other employment actions are administered without regard to sex, sexual orientation, gender identity, race, religion, color, creed, disability, age, marital status, pregnancy, child birth or any related condition, national origin, citizenship status, veteran status, genetic information, or any other legally protected status, and will ensure that all employment decisions are based on valid job requirements.

Further, the Company will not discharge or in any other manner discriminate against Associates or applicants  because they have inquired about, discussed, or disclosed their own pay or the pay of another Associate or applicant. However, Associates who have access to the confidential compensation information of other Associates or applicants as a part of their essential job functions cannot disclose the pay of other Associates or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the Company, or (c) consistent with the Company's legal duty to furnish information. 41 CFR 60-1.35(c)

To advance these goals, the Company's affirmative action program contains an audit and reporting system to measure effectiveness and determine the degree to which the Company's objectives have been attained, determine whether protected veterans and individuals with disabilities have had the opportunity to participate in company-sponsored activities, measure our compliance with the program's specific obligations, indicate any need for remedial action, and document actions taken to comply with these regulations.

In addition, Associates and applicants shall not be subjected to harassment, intimidation, threats, coercion or discrimination because they have engaged in or may engage in any of the following activities: (1) filing an internal or external complaint; (2) assisting or participating in an investigation, compliance evaluation, hearing, or any other activity related to the administration of the affirmative action provisions of Section 503, VEVRAA, or any other federal, state,  or local law requiring equal opportunity for individuals with disabilities or protected veterans; (3) opposing any act or practice made unlawful by Section 503, VEVRAA or any other federal, state, or local law requiring equal opportunity for individuals with disabilities or protected veterans; or (4) exercising any right protected by Section 503 or VEVRAA.

The Company's Chief Executive Officer fully supports this affirmative action program and has delegated responsibility for implementation and administration to the Human Resources and Legal Departments. If you would like to review the non-confidential portions of the Company's affirmative action plans during normal business hours you may do so by contacting one of the following:

- **All Food Service Associates** (including Eurest Services and SSC) may contact the HRSC at 1-877-311-4747 or via email at HRServiceCenter@compass-usa.com;
- **All Crothall Healthcare Associates** (including EVS, Patient Transport, Laundry, POM, HTS) may contact the HRSC at 1-877-311-4747 or via email at SuS-AskHR@compass-usa.com;
- **For Sector Associates not supported by the HRSC**, please contact your HR Representative.

## 2.3   DIVERSITY AND INCLUSION

At Compass Group USA, diversity and inclusion is more than just a business strategy. For us, diversity lies at the core of who we are. Our leadership strives for it. Our employees live it. Our suppliers model it. And our community relationships reflect it. The men and women who work here come from every walk of life and background – just like our clients and customers. Which means across our broad range of business sectors, the communities we serve are reflected in nearly 200,000 faces. All for one simple reason: "Broader Thinking Creates Bigger Opportunities."



**Diversity Statement.** Diversity and inclusion are at the core of what Compass Group USA is about. We believe a diverse and inclusive environment supports innovation and collaboration, and benefits our Associates, clients, and customers. Our commitment to diversity and inclusion allows us to: deliver positive business results; build a highly skilled workforce that reflects our diverse client and customer base; provide innovative products and services to our customers and clients; seek new opportunities while we retain our client base; and give back to the communities we touch and serve.

## 2.4    OPEN COMMUNICATION

**We Want to Know.** Compass Group recognizes the importance of open communication. Sharing ideas, information, feedback, comments, and concerns is important to the Company. It is this free flow of ideas that helps the Company achieve a great work environment for our Associates and great customer service for our clients.

**The Many Resources Available to You.** There are multiple resources available to Associates to ask questions, provide feedback, or report concerns of any type. The Company recommends that Associates raise their concerns with their Manager first, when appropriate. This is because an Associate's Manager tends to be closest to the issues and can generally respond promptly.

The Company offers multiple resources to Associates who do not feel comfortable asking questions or reporting concerns to their Manager. The list of options for seeking assistance includes, but is not limited to:

1.  **Any Member of Company Management.** Included in the front of this Handbook is contact information for your work location's management team.
2.  **Human Resource Service Center (HRSC).**
    *   **All Food Service Associates** (including Eurest Services and SSC) can contact the HRSC at 1-877-311-4747 or via email to HRServiceCenter@compass-usa.com;
    *   **All Crothall Healthcare Associates** (including EVS, Patient Transport, Laundry, POM, HTS) can contact the HRSC at 1-877-311-4747 or via email to SuS-AskHR@compass-usa.com;
    *   **For Sector Associates not supported by the HRSC,** please contact your HR Representative.
3.  **Human Resources Representative.** Associates also have a Human Resource Representative assigned to their Account. His/her contact information is located on the inside cover of your Handbook.
4.  **SpeakUp.** See the *SpeakUp Hotline* Section included in this Handbook to learn more about the *SpeakUp Hotline*. Associates may contact the *SpeakUp Hotline* at 1-866-654-6626 or online at www.compass-speakup.com.

**No Retaliation Assurance.** Associates will not be penalized for proper and good faith use of the Company's *Open Communication Policy*.

## 2.5    SPEAKUP HOTLINE

It is imperative to the Company that all Associates are provided with a safe and ethical place to work. In order to ensure this essential priority, and to supplement the *Open Communication Policy*, the Company has a *SpeakUp Hotline*.

**When to Use the SpeakUp Hotline.** The *SpeakUp Hotline* is available to Associates for reporting concerns privately and confidentially about situations they feel may be unsafe, unethical, or illegal, and which they may be uncomfortable discussing with Management or Human Resources. The Company requests that all Associates first use the Company's *Open Communication Policy* to address their concerns.

Associates may contact the *SpeakUp Hotline* at 1-866-654-6626 or online at www.compass-speakup.com.

## 2.6    FAIR TREATMENT POLICY

It is the policy and practice of Compass Group USA, Inc., and its affiliated companies (the "Company") to provide a work environment for all Associates, Applicants, Interns, Volunteers, and Contract Workers that is free from unlawful discrimination and harassment based on race, color, creed, religion, disability, age, sex, marital status, pregnancy, child birth or any related condition, sexual orientation, gender identity, gender expression, transgender, national origin,



citizenship status, veteran status, genetic information, protected concerted activity, or any other classification protected by law (hereinafter "protected classifications"). Unlawful discrimination and harassment will not be tolerated by any Associates or Third Parties, including Customers, Clients, and Vendors. Nothing in this policy is intended to prohibit Associates from discussing their wages, benefits, or terms and conditions of employment with each other or a third-party.

It is also the practice of the Company to provide a workplace that is free of bullying and intimidating behavior by or towards co-workers, customers, and vendors. Bullying is considered any threatening, offensive, intimidating, or cruel behavior which humiliates, belittles, or demeans any individual.

Finally, it is the practice of the Company to provide a workplace with open communication, and that is free from retaliation or unfair treatment against any individual that reports good faith concerns of suspected violations of this Policy.

The Company complies with, and strictly enforces federal, state, and local laws that prohibit discrimination, harassment, and retaliation, including but not limited to the following laws (as amended): the National Labor Relations Act of 1935; the Equal Pay Act of 1963; Title VII of the Civil Rights Act of 1964; the Age Discrimination in Employment Act of 1967; the Pregnancy Discrimination Act of 1978; the Americans with Disabilities Act of 1990; the Family Medical Leave Act of 1993; the Uniformed Services Employment and Reemployment Rights Act of 1994; the Genetic Information Nondiscrimination Act of 2008; or other similar state or local laws. The Company however, goes above and beyond these legal requirements and strives to provide our Associates with a work environment in which all Associates are treated in a fair and respectful manner. Accordingly, an Associate may be subject to discipline under this Policy even if his/her conduct does not constitute a violation of applicable law.

**Examples of Unacceptable Conduct in Violation of this Policy:** The below categories are examples of unacceptable conduct that shall be deemed a violation of this Policy and will result in disciplinary action up to and including termination. This list is not exhaustive and is meant to provide examples only.

- **Unfair Opportunities:** Making any decision regarding the hiring, firing, promotion, or demotion of an Associate or making any decision that adversely affects the wages, benefits, or working conditions of an Associate based in whole or in part on a protected classification.
- **Verbal Mistreatment:** Use of racial/sexual slurs, derogatory comments, or insults based on a protected classification; Inappropriate comments about another's body, anatomy, and/or dress; Questions about another's sexual preference or practices; Sharing sexual or otherwise offensive stories, jokes and experiences; Making lewd or suggestive gestures or comments.
- **Visual Mistreatment:** Discriminatory, violent, and/or sexually explicit material (electronic or paper), through e-mails, pictures, text messages, blogs, tweets, chat rooms, posters, calendars, cartoons, drawings, or writings that are offensive, sexual, or contain a negative stereotype based on a protected classification.
- **Sexual Mistreatment or Favors:** Making sexual advances or other verbal or physical conduct of a sexual nature in or outside the workplace. The Company maintains a *Sexual Harassment Policy* which is further outlined in Section 2.7 below.
- **Physical Mistreatment:** Intentional and unwelcome physical contact outside of social norms. This includes intentional and unwelcome touching, pushing, pinching, patting, blocking, grabbing, poking, or brushing against another.
- **Bullying and Antagonizing Behaviors:** Threatening, intimidating, or cruel behavior or remarks; Making maliciously false statements or ridiculing a person or his/her family; Persistent name calling which is demeaning or belittling; Using a person as the brunt of jokes.

**The Company requires that Associates report all suspected violations of this Policy.** Pursuant to the Company's *Open Communication Policy*, Associates are encouraged to contact their Manager first to see if the matter can be swiftly and properly resolved. Managers must immediately contact HR upon receiving any complaint of an alleged violation of this Policy or otherwise observing or becoming aware that this Policy may have been violated. If an Associate is not comfortable discussing concerns with their Manager, or the concern is about their Manager, the Associate should contact one of the following:

- **The HR Service Center (HRSC):**
  - **All Food Service Associates** (including Eurest Services and SSC) can contact the HRSC at 1-877-311-4747 or via email to HRServiceCenter@compass-usa.com;
  - **All Crothall Healthcare Associates** (including EVS, Patient Transport, Laundry, POM, HTS) can contact the HRSC at 1-877-311-4747 or via email to SuS-AskHR@compass-usa.com;
  - **For Sector Associates not supported by the HRSC**, please contact your HR Representative.
  - **The "SpeakUp" Hotline** at 1-866-654-6626 or online at www.compass-speakup.com.

Any Associate who brings a concern to the Company's attention is assured that the matter will be fully and fairly investigated and that the complaint will be dealt with promptly, and in confidence to the maximum extent possible. Based on the investigation findings, if the Company finds that this Policy was violated, corrective action up to and including termination may result based on the severity of the offense.

## 2.7   SEXUAL HARASSMENT POLICY

It is the Policy of the Company to prohibit all types of illegal harassment, including sexual harassment, of its Associates and applicants by any person in any form. Furthermore, it is the policy of the Company to provide a work environment that is free from sexual harassment by management personnel, non-management personnel, or third parties, such as vendors, suppliers, and customers. This Policy also prohibits Inappropriate Workplace Conduct regardless of whether that conduct meets the legal or policy definition of harassment. Although this Policy is specific to Sexual Harassment, the Company also prohibits harassment against applicants and Associates on any other legally-protected basis and/or any other basis identified in the Company's *Fair Treatment Policy*.

**Definitions**

**Hostile Working Environment Sexual Harassment:**  Hostile working environment situations occur when the Associate has not suffered any tangible economic loss (such as demotion, suspension, discharge, etc.), but rather the Associate has been subjected to a working environment which is offensive and/or intimidating to the Associate.

**Inappropriate Workplace Conduct:**  Inappropriate workplace conduct includes any other inappropriate, unwelcome behavior. This Conduct does not need to meet or surpass the legal definition of harassment in order to constitute harassment under this Policy.

**Quid Pro Quo Sexual Harassment:**  Quid pro quo involves a situation where employment (or a specific term of employment such as a raise or a promotion, etc.) is conditioned upon receipt of sexual favors from an Associate or applicant. Actual or potential tangible economic losses are usually associated with this type of harassment.

**Retaliation:**  Retaliation is any action meant to punish an Associate for raising concerns of harassment, making a complaint of harassment, reporting that another Associate may have been harassed, encouraging a fellow Associate to report harassment, or participating in a harassment investigation.

**Sexual Harassment and its Effects:**  Conduct is considered sexual harassment if it is unwelcome and it:
1. has the purpose or effect of creating a hostile, intimidating, or offensive work environment;
2. unreasonably interferes with an Associate's work performance; or
3. adversely impacts an individual's employment opportunities.

**Examples of Sexual Harassment:**  Making sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature in or outside the workplace when: (a) submission to or rejection of such advances, requests or conduct is made either explicitly or implicitly a term or condition of employment or as a basis for employment decisions; or (b) such advances, requests or conduct have the purpose or effect of unreasonably interfering with an individual's work performance by creating an intimidating, hostile, humiliating or sexually offensive work environment. Direct or implied requests by a supervisor for sexual favors in exchange for actual or promised job benefits, or continued employment constitutes sexual harassment.

In addition to the above examples, other sexually oriented conduct, whether it is intended or not, that is unwelcome and has the effect of creating a work place environment that is hostile, offensive, intimidating or humiliating to male or female workers may also constitute sexual harassment. Sexual harassment also includes various forms of offensive behavior based on sex. The following is a partial list:

- Unwanted sexual advances.
- Offering employment benefits in exchange for sexual favors.
- Making or threatening reprisals after a negative response to sexual advances.
- Visual conduct: leering, making sexual gestures, displaying of sexually suggestive objects or pictures, cartoons, posters, websites, emails, or text messages.
- Verbal conduct: making or using derogatory comments, epithets, slurs, sexually explicit jokes, or comments about an Associate's body or dress.
- Verbal sexual advances or propositions.
- Verbal abuse of a sexual nature, graphic verbal commentary about an individual's body, sexually degrading words to describe an individual, suggestive or obscene letters, notes, or invitations.
- Physical conduct: touching, assault, impeding, or blocking movements.
- Retaliation for making reports or threatening to report sexual harassment.

**Reporting of Sexual Harassment:** Any Associate who believes that he or she has been subjected to sexual harassment, discrimination, or retaliation should **immediately** report the alleged incident to his or her Manager, any member of management, or the HR Service Center at 1-877-311-4747. Associates employed with sectors not supported by the HR Service Center should contact their HR Representative.

An Associate is not required to follow the chain of command to report sexual harassment and may contact the HR Service Center (or his/her HR Representative if the sector is not supported by the HR Service Center) at any time.

Associates may report situations of sexual harassment without any fear of reprisal or retaliation. The Company takes complaints of sexual harassment very seriously. As a result, all complaints of sexual harassment made pursuant to this Policy will be thoroughly and promptly investigated. Although investigations may vary based on the specific circumstances and allegations of the complaint, they should generally involve speaking with the Associate, speaking with the alleged harasser, interviewing witnesses, and collecting and reviewing any related documents.

In the course of any such investigation, the Company will take appropriate measures to maintain the confidentiality of the participants to the extent possible. Although it may be necessary to divulge some information to ensure that a fair investigation is conducted, the Company will limit information to only those persons with a need to know of the complaint or of the investigation.

**Manager's Responsibilities:** Each Manager is responsible for maintaining the workplace free of sexual harassment. This includes discussing the Company's *Sexual Harassment Policy* with Associates, assuring them that they are not required to endure insulting, degrading, exploitative, or any other offensive treatment of any nature and, in addition, assuring them that they may proceed without fear of reprisal.

**Immediately** upon receiving any complaint of sexual harassment, observing sexual harassment, or otherwise being aware that sexual harassment may be taking place, the Manager must contact the HR Service Center at 1-877-311-4747 (or sector HR Representative if the sector is not supported by the HR Service Center). Together the Manager and Human Resources shall exercise reasonable care to prevent and promptly correct any sexually harassing behavior. This shall include a prompt and thorough investigation, which shall be directed by Human Resources, and the Manager shall assist in all needed aspects of the investigation. The Manager must report any sexual harassment allegations regardless of the complaining Associate's request for confidentiality. The Manager should assure the associate that the Company will limit information to only those persons with a need to know of the complaint or of the investigation.

No Manager shall threaten or insinuate, either explicitly or implicitly, that an Associate's refusal to submit to sexual advances or to participate in a hostile work environment will adversely affect an Associate's terms and conditions of employment in any way. In addition to being subject to disciplinary action for engaging in discrimination, harassment or retaliation themselves, supervisors and managers will also be subject to disciplinary action (up to and including

termination) for failing to report suspected discrimination, harassment or retaliation or otherwise knowingly allowing such conduct to continue.

**Associate's Responsibility:** Any Associate who believes that he or she has been subjected to sexual harassment should report the alleged incident immediately to any member of management or the HR Service Center at 1-877-311-4747.

Associates may also report sexual harassment using the SpeakUp Hotline by calling 1-866-654-6626. Associates employed with sectors not supported by the HR Service Center should contact their HR Representative and may also contact the SpeakUp Hotline.

Any Associate who brings a concern to the Company's attention is assured that the matter will be fully and fairly investigated and that the complaint will be dealt with promptly, and in confidence to the maximum extent possible.

**No Retaliation:** Any Associate who makes a complaint, provides information related to a complaint, or otherwise participates in an investigation will be protected against retaliation. Any Associate who brings a concern to the Company's attention is assured that the matter will be fully and fairly investigated and that the complaint will be dealt with promptly, and in confidence to the maximum extent possible.

**Violations of this Policy:** The Company takes matters of sexual harassment very seriously. Upon completion of the investigation, any Manager or Associate who is found to have engaged in any form of sexual harassment or to have retaliated against an Associate who made a good faith complaint or otherwise participated in the investigation, will be subject to immediate disciplinary action up to and including termination. If sexual harassment has occurred by an individual outside the employ of the Company, the Company will take appropriate action to correct the situation.

While this Policy sets forth the Company's goals of promoting a workplace that is free of harassment, this Policy is not designed or intended to limit the Company's authority to discipline or take remedial action for workplace conduct that the Company deems unacceptable, regardless of whether that conduct satisfies the legal or policy definition of sexual harassment.

## 2.8   GROWING WITH THE COMPANY

Attracting, retaining, developing, and advancing qualified Applicants and Associates is fundamental to the Company's mission and vision. At Compass Group we truly believe *great people* are the foundation to *great service* and *great results!*

**Promotional, Lateral, and Transfer Opportunities.** When possible and appropriate, Associates are provided with opportunities for advancement and/or transfers within the Company.

**How to Apply for a Position (Hourly and Salaried).** Compass Group has an internal job posting procedure where Associates may apply for open positions throughout the Company. Job postings for available salaried exempt positions can be located online at **www.altogethergreat.com**.

Available hourly positions are posted within the account. If you have questions about where these postings are located, ask your Manager.

The Company requires that Associates who apply for promotional, lateral, or transfer positions alert their current Manager in *advance* of applying.

**Associate Eligibility to Apply for Open Positions.** To be eligible to apply for open positions, including lateral positions or transfers to a different account or sector, all Associates must have received a "competent" or better rating on the last performance appraisal. Likewise, Associates are ineligible to apply for open positions if they have received any form of formal written progressive counseling within six (6) months prior to applying. Associates currently on, or who have been on, a performance improvement plan in the last six (6) months, are also ineligible for applying.



- **Hourly Positions**
  - There is no length of service requirement for hourly Associates to apply for open positions.
- **Salaried Positions**
  - **Exempt Associates:** Please see your Sector Supplement for further information on length of service requirements.
  - **Non-Exempt Associates:** Full and part-time salaried non-exempt Associates must have completed twelve (12) months of service in their current position to be eligible to apply for open positions. This includes applying for promotional, lateral, or transfer positions.

**Requirement if Selected for a Promotion, Lateral, or Transfer Position.** If an Associate is selected for a new opportunity, the Associate may be required to undergo and pass a new Criminal History Background Check, especially if the Associate is selected to work at a new account. Associates who fail a Criminal History Background Check may be prohibited from starting the new position and the Associate's employment status may be subject to termination. Associates may be subject to other Background Checks, including drug testing, depending on account, position, and federal, state, and local laws.

## 2.9   PERFORMANCE MANAGEMENT/CAREER DEVELOPMENT

The Company believes it is important to recognize Associates who are strong performers, and to offer appropriate suggestions to Associates when performance improvement is necessary. Consistent with this goal, all Compass Group Associates will have their performance evaluated by management on an ongoing basis.

**Performance Appraisals.** Written performance reviews will generally be issued to hourly and salaried Associates on an annual basis. All written performance reviews will be based upon the Associate's overall performance in relation to his/her job responsibilities and will also take into account his/her conduct, attitude, and unexcused absences and lateness.

**Development Plans**

- **PDPs.** Depending upon the current performance and/or promotability rating, the appraisal will include a Personal Development Plan ("PDP"). The PDP can be used for Performance Enhancement, Career Development, or Performance Improvement. Associates with Performance Enhancement and/or Career Development needs will be involved in creating a PDP in conjunction with their Manager to meet performance and career goals.
- **PIPs.** Performance Improvement Plans ("PIPs") represent one of the ways in which the Company may offer constructive support, advice, and guidance to salaried exempt and non-exempt Associates who may demonstrate difficulties in competently performing their job responsibilities. Associates receiving PIPs will meet regularly with their Manager to review their performance progress in relation to the PIP expectations.
- **Progressive Counseling.** Associates who fail to meet performance expectations may be placed on progressive counseling based on the level of severity of the action resulting in the policy violation and the specific situation. An Associate who is issued progressive counseling for work performance concerns should always ask questions if he/she is uncertain of their work performance expectations or if they feel additional training is needed to complete their job duties competently.
- **Career Development.** New Associates will participate in an exciting learning process that begins with the first day of employment and continues throughout an Associate's career with the Company. To accomplish this, Compass Group has developed multiple training systems that support the advancement of its Associates and provide the necessary skills for Associates to succeed. From on-the-job training to classroom instruction, the Company believes in investing in your future.

The Company encourages Associates to take full advantage of training options and to ask questions at any time during training opportunities. If an Associate ever feels he/she needs additional training to succeed in his/her position, the Associate should let his/her Manager know or contact Human Resources.

## 2.10   NON-DISCLOSURE OF CONFIDENTIAL COMPANY INFORMATION

While working at Compass Group, Associates will learn a lot about the Company and the ins and outs of its operations. Associates are free to discuss any information that is already available to the public. Confidential Business Information remains confidential even after your employment with Compass Group ends. Violations of this Policy will result in

disciplinary action, up to and including termination of an Associate's employment.

All accessing, browsing, or sharing of Confidential, Sensitive, or Personal Identity Information must be related to an Associate's job responsibilities, pursuant to Compass Group's legitimate business purpose, and in compliance with all applicable Compass Group policies and practices. Associates should ensure they do not compromise the Company's reputation through inappropriate content in email, text based messaging, instant messaging, or teleconferencing. Emails are disclosable documents which may be required to be produced in legal proceedings or regulatory investigations.

**Acceptable Use of Confidential, Sensitive, and Personal Identity Information (PII) – Definitions**

**Confidential Business Information.** Users shall not disclose, via email, Internet, instant messaging, or any form of electronic communication, any confidential or proprietary information regarding Company activities to any party that does not have authority from Company management to access the information and a need to know. This includes, but is not limited to, copyrighted materials, trade secrets, and financial information. All such information is the sole property of the Company. In addition, users shall refrain from sending confidential, proprietary, or private Company information via electronic mail or over the Internet/Intranet. Users shall observe confidentiality obligations with respect to Company software, documentation, and all forms of internal information. This information cannot be sold and/or transferred to any non-Company party for any purposes without written authorization by Company management.

**Sensitive Information.** Sensitive Information should not be sent via email, posted on or transmitted over the Internet, or stored on mobile electronic storage devices (such as thumb drives) or on data storage files accessible Company-wide or by the public. For the purposes of this Policy, Sensitive Information shall include, without limitation, classified Company management or financial reports, communication of a litigious nature, employee relations investigative information, or other information that could reveal the Company's private business information or create litigious exposure.

**Personal Identity Information (PII):** Personal Identity Information shall include, without limitation, social security numbers, driver's license numbers, state identification card numbers, credit or debit card numbers, bank account numbers, passport numbers, alien registration numbers, health insurance identification numbers, user IDs, and passwords. In addition, Protected Health Information (PHI) is a subset of PII and refers to a medical record or designated record set used to identify an individual that was created, used, or disclosed in the course of providing a health care service such as diagnosis or treatment. Personal Identity Information shall not be sent via email, or posted on or transmitted over the Internet without exemption approval from the North American Risk & Security Officer. Personal Identity Information should never be stored on mobile electronic storage media (such as thumb drives) or on data storage files accessible Company-wide or by the public.

In the event of any suspected compromise of Confidential, Sensitive, or Personal Identity Information, all Associates should immediately report this to the Compass Group Crisis Hotline at 1-877-710-6291.

## 2.11   DRUGS AND ALCOHOL

Compass Group is dedicated to providing its Associates with a safe and healthy work environment. In order to provide such an environment, the Company has made a commitment to be an alcohol and drug-free workplace.

**What Is an Alcohol and Drug-Free Work Environment.** Compass Group will not allow any of its Associates to use, buy, sell, give, or have in their possession any illegal drug(s) or drug paraphernalia at work or outside of work. Possession of controlled substances will only be permitted when accompanied by a current, valid physician's prescription, or as otherwise allowed by federal, state, or local law. This applies to Associates traveling for Company business, Associates using Company vehicles (including leased or rental vehicles), and to those Associates using personal automobiles for Company business. In addition, no Associate shall work or report to work while under the influence of alcohol or any illegal drug. These requirements are in place to ensure that the safety of all Associates remains a top priority. Failure to follow these requirements will result in disciplinary action, up to and including termination.

No alcoholic beverages may be brought onto or consumed on Company or client property unless the Company has given its approval in advance of consumption. Similarly, alcoholic beverages may not be consumed in vehicles which the Company owns, leases or rents and/or in personal automobiles used for Company business. Associates are prohibited

from operating a vehicle while under the influence of alcohol. No Associate shall work or report to work while under the influence of alcohol.

**The Company's Right to Request Reasonable Suspicion Alcohol or Drug Testing.** If the actions or appearance of an Associate reasonably suggests that he/she is working while under the influence of alcohol, illegal drugs, or prescription drugs that impair him/her, the Company may request the Associate to submit to a drug or alcohol test. Refusal to take such a test may result in disciplinary action, up to and including termination. Positive test results may also result in disciplinary action, up to and including termination. The Company will comply with federal, state, and local laws regarding such testing. Where federal, state, and local laws place restrictions on drug and alcohol testing, the Company will adhere to such laws.

Certain sectors, units, and/or job positions may also require Associates to submit to other forms of drug and alcohol tests, such as random or periodic testing. All such drug and alcohol tests will be conducted in compliance with federal, state, and local law. For questions about sector, account, or job specific testing requirements, contact your Manager.

## 2.12   TOBACCO FREE WORKPLACE

Compass Group is proud to be a tobacco free workplace. The use of tobacco in any form is not allowed inside the Company's corporate, division, regional, and branch offices. This includes, but is not limited to, cigarettes, e-cigarettes, chewing tobacco, tobacco pipes, and cigars. Use of tobacco is only allowed during normal breaks or during scheduled meal periods. Tobacco use may be permitted in designated outdoor areas, only when such use does not interfere with the Company's customers or workplace operations.

Since most Associates work on client premises, Associates may also be subject to account specific rules on tobacco use. Associates who travel to different accounts are subject to client specific rules on tobacco use. Where federal, state, and local laws place additional restrictions on tobacco use in the workplace, the Company will adhere to such laws.

## 2.13   RIGHT TO INSPECT/WORKPLACE SEARCHES

**Intent.** In order to ensure the safety and well-being of our Associates, clients, customers, patients, and the Company, Compass Group reserves the right to conduct reasonable inspections of Company and Associate property. This Policy is implemented to help prevent the possession, sale, and use of illegal drugs and/or weapons in the workplace, to address situations of possible theft of Company and/or Associate property, and to enhance the spirit and intent of the Company's *Drugs and Alcohol Policy*

**Reasonable Searches & No Associate Expectation of Privacy.** All Associate offices, desks, files, lockers, uniforms; or any other possessions, including purses, handbags, briefcases, backpacks, lunch boxes, or other possessions or articles carried into the workplace are subject to search unless otherwise prohibited or restricted by any federal, state, or local law. Associates should have no expectation of privacy for property brought into the workplace. As such, Associates should not bring anything to work that violates Company Policy.

**Technology Services.** Further, Associates who have access to Company technology and technology systems ("technology services"), such as computers, computer accounts, e-mail, Internet, telephones, cell phones, and other communications technology services shall not have an expectation of privacy when using Company technology services. The Company's technology services are the property of the Company. As such, the Company reserves the right to monitor Associate use of technology services at any time. Associates' use of such technology services is a privilege, not a right, and such privilege may be revoked at any time. Inspections and electronic monitoring may be done at any time and at the Company's sole discretion, unless otherwise prohibited or restricted by any federal, state, or local law.

**Failure to Cooperate and Other Policy Violations.** Associates who refuse to cooperate with a reasonable inspection will be subject to disciplinary action, up to and including termination. Likewise, Associates who after inspection are believed to have violated Company policy, will be subject to disciplinary action, up to and including termination.

To ensure compliance with all federal, state, and local laws, Managers are required to contact Human Resources prior to conducting any search of Associate or Company property and/or technology services.



3. COMPENSATION

## 2.14  CONFLICT OF INTEREST/EMPLOYMENT OUTSIDE THE COMPANY

The Company respects that an Associate's personal activities outside working hours are a private matter. The Company's primary concern is to avoid direct and indirect conflict of interests and the effect outside commercial activities may have on an Associate's job performance with the Company.

It is the policy of the Company that all Associates may engage in work outside of the Company provided this work does not interfere with the Associate's job performance at the Company, is not detrimental to the Company's best interest, and does not create a conflict of interest or the appearance of a conflict of interest. During working time and in working areas,

Compass Group Associates must refrain from conducting any non-Compass Group business or commercial activities.

- **Exempt Associates.** If an exempt Associate seeks to work outside of Compass Group the Associate must request written approval from his/her Regional Vice President.

- **Hourly and Salaried Non-Exempt Associates.** If an hourly or salaried non-exempt Associate has or seeks employment outside of Compass Group in the foodservice and support services industry, or otherwise competes with the Company, the Associate must request written approval from his/her Director. Likewise, if an Associate is employed for the client at the account where the Associate works for the Company, the Associate must alert his/her Manager of this employment relationship.

Failure to adhere to the above will result in progressive counseling, up to and including termination. Depending upon the circumstances and nature of the infraction, the Company reserves the right to seek any further relief it deems necessary.

## 2.15  EMPLOYMENT OF RELATIVES

The Company has found that when family members or relatives work together in the same account, department, or reporting chain, unintended misunderstandings and other difficulties may arise, including the perception of favoritism or conflict of interest.

In light of these concerns, the Company has established guidelines for the employment of relatives. Associates may not hire or supervise a relative and may not be in any position that allows for direct or indirect influence over their relative's status. The employment of relatives is generally discouraged. This includes, but is not limited to, disciplinary and/or audit responsibilities. A relative is defined as the following: established by blood, marriage ("in-law" or "step" relationships) or other legal action, including parents, legal guardians, domestic partners, children, brothers, sisters, spouses, grandparents, grandchildren, cousins, aunts, uncles, nieces, and nephews.

This Policy is not intended to cause undue hardship to Associates where such a situation currently exists; therefore, this Policy is not retroactive. Where situations are identified or develop through marriage or the establishment of a domestic partner relationship, action will be taken to transfer one of the affected Associates at the earliest opportunity. If this is not possible, other remedies may become necessary. Associates must disclose a marriage or domestic partner relationship with another Compass Group Associate at the time the relationship ensues to ensure consistency with this Policy. Associates are to direct questions about this Policy to their Manager or Human Resources.

# 3.   COMPENSATION

## 3.1   CLASSIFICATION OF EMPLOYMENT

Each Associate is classified in one (1) or more of the following categories based on the terms and conditions of the Associate's employment and day-to-day job duties and responsibilities. It is important that Managers and Associates understand their job classification as it impacts all Associates' benefits and pay with the Company.

**Classifications Based on Hours Worked**
- **Full-Time** – Associates hired to work at least thirty (30) hours per week on a regular basis. Full-Time Associates may be "non-exempt" or "exempt "
- **Part-Time** – Associates hired to work on average less than thirty (30) hours per week on a regular basis. Part-time



Associates may be "non-exempt" or "exempt."

- **Temporary** – Associates hired by the Company to work on specific assignment(s) or to work for a pre-determined period of time, normally no longer than six (6) consecutive months. This includes seasonal workers, i.e., Associates hired to cover the holiday period. Temporary Associates may be "full-time" or "part-time," and may be "non-exempt" or "exempt."
- **On-Call** – Associates hired to work on an "as needed basis," based on the monthly, weekly, and daily operational needs of the business.

**Classifications for Overtime Pay (Non-Exempt vs. Exempt)**
- **Non-Exempt** – Non-exempt Associates are required to be paid overtime at the rate of one and one-half times their regular pay rate for all hours worked in excess of forty (40) hours in a workweek or as required by applicable state or local law. The Company will also comply with any state or local law requiring daily overtime. Non-exempt Associates are required to track all hours worked in a workweek and/or day to ensure proper compensation is received (regular and overtime pay). Non-exempt Associates may be considered "salaried" or "hourly."
- **Exempt** – Exempt Associates are not required to be paid overtime in accordance with applicable federal and state wage and hour laws for work performed in excess of forty (40) hours in a workweek. Exempt status is determined by criteria set forth in the Fair Labor Standards Act ("FLSA") and other applicable state and local laws and is not based on the Associate's capabilities, experience, length of service, or job title.

## 3.2   INTRODUCTORY PERIOD

Starting a new position within the Company is an exciting time with lots to learn, observe, and absorb. In light of this known introductory period, the Company provides newly hired Associates with a probationary period of ninety (90) calendar days (the "Introductory Period"). The first month of the Introductory Period is called the Orientation Period.

**What is the Introductory Period.** The Introductory Period, especially the Orientation Period, is a time when Associates will receive training for their new position and will provide Managers with the opportunity to evaluate and assess the newly hired Associate's skills, ability, and interest in the position. It will also give the Associate the opportunity to see if the position is to his/her satisfaction. Both the Associate and the Company have the option to end the employment relationship at any time within the Introductory Period (or anytime beyond the Introductory Period). The Introductory Period is not a guarantee of employment for ninety (90) days or beyond.

Under certain circumstances, management may extend an Associate's Introductory Period with approval from Human Resources. The extension of the Introductory Period will not affect the Associate's eligibility for benefits as outlined in the Handbook Supplement.

## 3.3   PROPER RECORDING OF ALL HOURS WORKED

It is the policy of the Company that all hours worked must be properly recorded by all hourly and salaried non-exempt Associates in accordance with federal, state, and local law. The Company places the highest priority on proper record keeping to ensure that hourly and salaried non-exempt Associates are properly compensated for their hard work on the Company's behalf.

**Off the Clock Work is Strictly Forbidden.** It is never acceptable for an hourly or salaried non-exempt Associate to perform work on the Company's behalf without being clocked in and paid for his/her time worked. This includes, but is not limited to: taking phone calls and checking email from home, taking home manuals to read for business purposes, coming in early to check out assignments before clocking in, coming in early to get work areas set up prior to shift start, or working off the clock to finish a task, etc.

**Time Report Correction.** Where an Associate fails to clock in or out, or otherwise incorrectly records his/her hours, the Associate must immediately alert a Manager. Writing over information on timecards, or changing time clock punches is not permitted by an Associate without Manager approval and signature. Time Correction Forms should be used by Managers and Associates when making any time correction. Regularly failing to properly record time worked may result in progressive counseling up to and including termination.

**Questions or Concerns About Your Pay.** For questions or concerns about your paycheck, hours worked, or any other pay- related matter, please speak with your Manager.

**Falsifying Time Records.** Falsifying or altering time records, or completing the time record of another Associate, is a serious offense that is grounds for progressive counseling, up to and including termination of employment.

**Progressive Counseling Guidelines for Violations of this Policy.** Violations of this Policy by any level of Associate may result in progressive counseling, up to and including termination of employment.

## 3.4   MEAL PERIODS, REST BREAKS, AND OTHER COMPANY APPROVED BREAKS

It is the policy of the Company to provide Associates with Meal Periods, Rest Breaks, and other Company approved breaks during the course of each workday in compliance with this Policy and all federal, state, and local laws. The Company recognizes that Associates work hard and deserve periodic breaks to rest, refuel, and handle personal matters.

### Meal Periods

- **When An Associate Should Receive a Meal Period:** All hourly and salaried non-exempt Associates that work more than five (5) consecutive hours during a workday should receive an unpaid, thirty (30) minute uninterrupted Meal Period. Managers should make a good faith effort to schedule an Associate's Meal Period near the middle of the Associate's workday when business needs allow.

- **What is a Meal Period:** A Meal Period is a thirty (30) minute unpaid period when Associates must be relieved of all work duties. An Associate is not considered relieved of work duties if he/she is required to perform any work-related job functions while on a Meal Period or if his/her period is interrupted in any manner for work-related reasons. All Meal Periods must be recorded on time records.

- **Meal Period Pay:** Meal Periods taken in compliance with this Policy are <u>unpaid</u>. In locations where there are no applicable Meal Period laws, Associates are not entitled to receive a "pay out" if a Meal Period cannot be scheduled in compliance with this Policy. The Company complies with all federal, state, and local laws regarding Meal Periods.

- **Meal Period Grace Periods:** A Meal Period Grace Period is a set number of minutes that Associates are provided at the end of a Meal Period before they are considered to have returned late from the Meal Period. All hourly and salaried non-exempt Associates should be trained by management on their account-specific Grace Period.

### Rest Breaks

- **Who Should Receive Rest Break(s) & How Often:** All hourly and salaried non-exempt Associates should receive paid Rest Breaks for every four (4) hours of work. When business needs allow, Rest Breaks should be provided in the middle of the four (4) hours.

- **What is a Rest Break:** A Rest Break is a scheduled ten (10) minute or longer paid period of time in which an Associate must be relieved of all work duties. Because Rest Breaks are short, Associates generally may not leave the work site without prior approval from their Manager.

- **Rest Break Pay:** Associates are paid for Rest Breaks. As such, Associates should not "clock out" for Rest Breaks or otherwise record Rest Breaks on their time records. Associates are not eligible for a "pay out" for Rest Breaks that are not received (for whatever reason) unless otherwise required by applicable law. Associates should immediately alert Management if a Rest Break is not received so it can be rescheduled during the applicable shift and timeframe.

**Associates May Not Work Through Meal Period or Rest Breaks.** Associates may not work through their Meal Period or Rest Breaks in order to leave earlier than their normal quitting time, to make up missed work time or time lost due to tardiness and leaving early, to gain overtime pay, and/or to increase the overall length of another break period.



**Manager Should Arrange a Designated Area for Meal Periods and Rest Breaks.** Associates should have an area designated away from their work area to take breaks. This could be a specific break area designated for sitting and eating and/or taking a coffee break, the cafeteria, or a shared employee area for Associates where they are not interrupted by work (i.e. telephone ringing or pager going off).

**Associate Responsibilities.** It is the Associate's responsibility to accurately record all Meal Periods received on his/her time record. If an Associate does not receive a full, thirty (30) minute uninterrupted, off-duty Meal Period or full ten (10) minute Rest Break because the Associate was required to perform work, the Associate is responsible for immediately reporting this to his/her Manager. This will allow the Manager to make a good faith effort to reschedule the Meal Period or Rest Break and ensure the Associate is paid properly for all time worked. If an Associate does not inform his/her Manager, the Company will interpret this to mean the Associate chose, without business necessity, not to take his/her full Meal Period or Rest Break.

**California Associates** should refer to the Handbook Supplement and the *California Wage and Hour Policies Summary* for information regarding Meal Period and Rest Breaks. If an Associate's Manager has not provided him/her with this Summary, the Associate should contact management or Human Resources to obtain a copy.

**Breaks for Drivers of Commercial Motor Vehicles.** The Company provides all required breaks to drivers of commercial motor vehicles in compliance with the Federal Motor Carrier Safety Regulations in Section 395.

**Compliance with All Federal, State, and Child Labor Laws.** The Company complies with all federal, state, local, and child labor laws governing Meal Periods and Rest Breaks for Associates. Where any applicable law imposes more stringent guidelines regarding length and frequency of breaks, etc., the Company will comply with such provisions.

**Progressive Counseling Guidelines for Violations of this Policy.** An Associate may be subject to progressive counseling under the Company's *Attendance Policy* when the Associate (without Manager approval) fails to follow the proper Meal Period and Rest Break procedures. This includes, but is not limited to: (1) failing to take a Meal Period/Rest Break on time (as scheduled by management); (2) taking a short or long Meal Period outside of the account's Grace Period; (3) skipping a Meal Period/Rest Break; or (4) not properly recording Meal Periods on time records.

**Adequate Training and Notice Requirement.** All Associates should receive training and notice about the importance of following proper Meal Period and Rest Break procedures. As such, the progressive counseling steps outlined in this Policy and the Company's *Attendance Policy* should not be administered until there is: (1) documentation that the Associate was trained on this Policy; and (2) the Associate receives a documented verbal warning about the need for future compliance. If despite this notice and training an Associate fails to abide by the procedures outlined in this Policy, the Associate will be subject to ½ an Occurrence Point for each violation (as fully defined and described in the Company's *Attendance Policy*).

## 3.5   OVERTIME PAY

From time to time, Associates may be requested to work overtime depending on business needs. An Associate's Manager will make every effort to provide reasonable notice of any overtime that may be required. In certain circumstances, however, advance notice of overtime may not always be possible.

Hourly and salaried non-exempt Associates will be paid at a rate of one and one-half times their regular pay rate for all hours worked over forty (40) in a workweek (excluding holidays and any paid time away from work), or as required by state or local law. The Company will also comply with any state or local law requiring daily overtime.

Working overtime is only permitted with prior approval from an Associate's Manager. In the event an hourly or salaried non-exempt Associate works overtime without prior authorization, he/she will be paid overtime compensation for all hours worked over forty (40) hours in a workweek (or as otherwise required by state or local law), but may be subject to disciplinary action, up to and including termination.

4. BENEFITS

# 4.   BENEFITS

## 4.1   FAMILY AND MEDICAL LEAVE

Compass Group provides unpaid leaves of absence ("Leave") to Associates who meet eligibility requirements in accordance with the Family and Medical Leave Act of 1993, as amended by the National Defense Authorization Act ("FMLA").

**Definitions.**

- ***Covered Family Member (for Basic FMLA):***
  1. Associate's biological, adopted, or foster child, a stepchild, a legal ward, or a child of a person assuming parental responsibility for a child that is:
     - a) under the age of eighteen (18), or
     - b) age eighteen (18) or older if they are incapable of self-care because of a mental or physical disability that limits one or more of the major life activities as defined under the Americans with Disabilities Act at the time that the FMLA Leave is to commence;
  2. Associate's biological, adoptive, step or foster mother or father, or any other individual who assumed parental responsibility when the Associate was a child (does not include parents "in law"); and
  3. Associate's spouse (as recognized under the law of the state or country where the marriage was entered into) including same-sex and common law marriages.

- ***Covered Family Member (for Military FMLA):***
  1. Associate's biological, adopted, or foster child, a stepchild, a legal ward, or a child of a person assuming parental responsibility for a child that is the son or daughter of a Covered Servicemember or a son or daughter on covered active duty or call to covered active duty status;
  2. Associate's biological, adoptive, step or foster mother or father, or any other individual who assumed parental responsibility when the Associate was a child (does not include parents "in law"); and
  3. Associate's spouse (as recognized under the law of the state or country where the marriage was entered into) including same-sex and common law marriages.

- ***Serious Health Condition (for Basic FMLA):*** An illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a healthcare provider for a condition that either prevents an Associate from performing the functions of his/her job, or prevents the qualified family member from participating in school or other daily activities. Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than three (3) consecutive calendar days combined with at least two (2) visits to a health care provider, or one (1) visit and regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may also meet the definition of continuing treatment.

- ***Covered Servicemember (for Military FMLA):*** Is 1. a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness; or 2. a veteran who was discharged or released under conditions other than dishonorable at any time during the five (5)-year period prior to the first date the eligible Associate takes FMLA leave to care for the covered veteran, and who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness.

- ***Serious Injury or Illness (for Military FMLA):*** A condition incurred by a Servicemember in the line of active duty that may cause the Servicemember to be medically unfit to perform the duties of his or her office, grade, rank, or rating. A serious injury or illness also includes injuries or illnesses that existed before the Servicemember's active duty and that were aggravated by service in the line of duty on active duty.

- ***Qualifying Exigencies (for Military FMLA):*** Includes activities such as short-notice deployment, military events, arranging for alternative childcare, making financial and legal arrangements related to the deployment, rest and recuperation, counseling, parental care, and post-deployment reintegration debriefings.



**How to Apply for a Company Approved FMLA Leave.** To apply for a Company approved FMLA Leave, Associates should contact the Leave of Absence Department at 1-877-311-4747. Associates should also alert their management team that they are seeking a Company approved Leave and the period of time for which the Leave is sought. Associates do not need to disclose to management the reason for the Leave, only that a Leave has been requested and the anticipated period of the Leave.

Upon an Associate's request for FMLA Leave, the Associate will receive a letter from the Company's Leave of Absence Department indicating the Associate's rights and responsibilities under FMLA, whether the Associate is eligible for FMLA, and if the Associate is not eligible for FMLA Leave, the reason(s) why. The Company will also inform Associates when their time away from work is being designated as FMLA and will count against the Associate's FMLA entitlement. Likewise, anytime an Associate's time away from work is not FMLA protected, the Company will notify the Associate.

**Eligibility.** To be eligible for an FMLA Leave, an Associate must have: 1. worked for the Company for at least twelve (12) months in the proceeding seven (7) years; and 2. have worked at least 1,250 hours prior to the commencement of the leave in a rolling calendar year.

**Reasons For FMLA Leave.** Pursuant to FMLA, the Company provides eligible Associates with Leave for the following reasons:

- **For Basic FMLA:**
  1. For an Associate's incapacity due to pregnancy, prenatal medical care, or child birth;
  2. To care for an Associate's child after birth, or placement of a child into an Associate's family by adoption or by a foster care arrangement (within the first twelve (12) months of the birth or after placement of the child);
  3. To care for an Associate's spouse, child, or parent who has a serious health condition;
  4. For a serious health condition, which includes work-related injuries and illnesses, that makes an Associate unable to perform his/her job duties.

- **For Military FMLA:** FMLA Leave is also available to eligible Associates in connection with certain service-related medical and non-medical needs of family members. Military FMLA Leave may be taken for the following reasons:
  1. When an eligible Associate needs to tend to certain "qualifying exigencies" arising out of the covered active duty or call to covered active duty status of a military family member (spouse, child, or parent), the Associate may use his/her twelve (12)-week leave entitlement to address matters such as attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.
  2. To care for a covered Servicemember who is a spouse, child, parent, or next of kin with a serious injury or illness.

**Maximum FMLA Leave Time Period.**
- **Basic FMLA.** Eligible Associates shall be provided with up to twelve (12) weeks of unpaid Leave in a rolling twelve (12) month period measured backward from the first day of the scheduled Leave. However, if an Associate and his/her spouse *both* work for the Company and both seek FMLA Leave for the birth, adoption, or foster care of a child, or to care for a parent, they are only entitled to take a combined total FMLA Leave of twelve (12) weeks for those reasons.

- **Military FMLA.** Eligible Associates shall be provided with twelve (12) weeks to address certain qualifying exigencies (reason #5). Eligible Associates will be provided with up to twenty-six (26) weeks of unpaid Leave in a twelve (12) month period to care for a covered Servicemember (reason #6). The twelve (12) month period begins on the first day the Associate takes Leave for this reason, and ends twelve (12) months later. Leave to care for an injured or ill Servicemember, when combined with FMLA Leave for a different qualifying reason, may not exceed twenty-six (26) weeks in a twelve (12) month period and Basic FMLA Leave may not constitute more than twelve (12) of the twenty-six (26) weeks.

**Intermittent Leave.** Basic and Military FMLA Leave may be taken intermittently. This means that Associates may take FMLA Leave in multiple, smaller blocks of time when necessary. If an Associate requires multiple periods of Leave for planned medical treatment (ex. physical therapy), the Associate must try to schedule the treatments at a time that minimizes the disruption to the Associate's work schedule.



When an Associate applies for Intermittent FMLA Leave, the Associate should clearly express his/her request that the Leave be *intermittent* in nature. Medical documentation will be required to clearly state why ongoing Intermittent FMLA Leave is medically necessary.

**Notice Requirements.** Associates requesting Basic or Military FMLA Leaves must provide thirty (30) days of advance notice if the need for Leave is foreseeable (such as an expected birth or planned medical treatment for an Associate or his/her family member). If the need for Leave is unforeseeable, the Associate must notify his/her Manager or the Leave of Absence Department as soon as practicable based on the circumstances. Failure to follow these notice requirements is grounds for Compass Group to delay granting or to deny an Associate's request for FMLA Leave.

**Call-Out Procedure.** If an Associate is on Intermittent FMLA or unforeseen continuous FMLA Leave is being requested, the Associate must follow the Company's and the account's established Call-Out Procedure. When an Associate is going to miss all or part of his/her scheduled shift, communication with management about the time away is of utmost importance to ensure proper staffing and coverage is in place.

Failure to follow established Call-Out Procedures, absent unusual circumstances, will be considered a Work Rule Policy violation and will result in progressive counseling, up to and including termination. An Associate should also contact his/her Manager with questions regarding the account specific Call-Out Procedure.

**Certification Requirements.** If the requested FMLA Leave is related to the Associate's own serious health condition, or the serious health condition of an Associate's family member or covered Servicemember, the Associate must provide medical certification from a healthcare provider supporting the need for FMLA Leave. The medical certification form will be provided to Associates by the Company's Leave of Absence ("LOA") Department upon learning of an Associate's need for Leave. An Associate may provide documentation from the DOD, VA, TRICARE or from a healthcare provider to support the need for leave to care for a Servicemember. **The Company requires Associates to return Medical Certification to the Company by the deadline specified on the Medical Certification request that is sent to the Associate.**

Failure to provide the requested medical certification in a timely manner may result in denial of Leave or other adverse employment consequences. If emergent or exigent circumstances prevent timely delivery of the medical certification, the Leave of Absence Department must be notified as soon as possible.

Compass Group may require a second opinion from a doctor that the Company selects. If it becomes necessary to settle a conflict between the original certification and the second opinion, the Company may require the opinion of a third doctor. In these cases, the second and third opinions will be paid for by Compass Group.

**Use of PTO While on FMLA Leave.** Associates have the option of using accrued but unused vacation time, paid time off (PTO), or paid sick days, during a Company approved FMLA Leave. PTO and Vacation Time cannot be used as a means to extend the Leave.

**Associate Benefits during FMLA Leave.**
- **Health Insurance Plans.** Associates approved for FMLA Leave will maintain their existing group insurance coverage on the same terms as if the Associate was still working. This means that Associates on approved FMLA Leaves must pay their health plan premium contributions on a timely basis during the period of FMLA Leave (the same as if the Associate was still working). An Associate will be required to pay the same premium amount that the Associate contributed to his/her healthcare plan before the Associate went on approved FMLA Leave. If an Associate does not pay his/her share of the health insurance contribution, it may result in loss of coverage.

  If an Associate does not return to work after the end of FMLA Leave, he/she will be required to reimburse Compass Group for any premium paid by the Company, unless the failure to return to work was because the Associate, or the Associate's covered family member or Servicemember, has a continuation, recurrence, or onset of either a serious health condition or for reasons beyond the Associate's control.

- **PTO, Vacation Pay, Sick Pay, Pension, Car Allowance, Cell Phone/Smartphone Stipend.** During an approved FMLA Leave, an Associate will not accumulate employment benefits such as vacation pay, sick pay, pension, PTO,



or any other benefits. These benefits will accumulate up to the day on which the FMLA Leave begins and will not be lost by the use of an approved FMLA Leave. Car allowances and cell phone/Smartphone stipends will further not be paid during the Leave period. To the extent this provision conflicts with any state or local law, the Company will adhere to the applicable law.

**Return to Work.** If an Associate returns to work from an approved FMLA Leave either before or on the business day following the depletion of his/her leave time bank (twelve (12) or twenty- six (26) weeks depending on the reason for the FMLA Leave), the Associate will be returned to his/her previous job or an equivalent position with equivalent pay and benefits.

An Associate returning from an FMLA Leave due to his/her own serious medical condition, illness, or injury, may be required to provide a note from his/her healthcare provider indicating the Associate is "fit for duty" and whether the Associate has any work restrictions.

**Consequences of Failing to Return from an Approved FMLA Leave.** If an Associate fails to return from an approved FMLA Leave and is not qualified for any other Company approved leave programs, the Associate will be considered to have voluntarily resigned his/her position. To the extent a state or local law provides for further benefits to Associates than those offered by the Company, the Company will comply with such laws.

If an Associate needs additional leave time to due to his/her own serious medical condition, the Company encourages the Associate to apply for Americans with Disabilities Act ("ADA") Leave.

**Fraud.** Providing false or misleading information or omitting material information in connection with an FMLA Leave will result in disciplinary action, up to and including immediate termination.

**No Discrimination/Retaliation.** The Company strictly forbids interference with an Associate's FMLA rights and discrimination, harassment, and/or retaliation against any Associate who exercises his/her FMLA rights.

If an Associate believes his/her FMLA Leave has been interfered with, or that he/she has been discriminated, harassed, and/or retaliated against due to exercising his/her FMLA rights, the Associate should immediately alert his/her Manager, the Leave of Absence Department at 1-877-311-4747 or Human Resources.

**Adherence to All Applicable Laws.** In addition to FMLA Leave, the Company provides all other leaves mandated by state or local laws. For those state or local laws allowing for additional Leave for pregnancy and pregnancy-related conditions, or for other medical issues, Associates should consult with the LOA Department for additional information. When an Associate applies for an FMLA Leave, the Company will evaluate the Associate under any applicable federal, state, or local leave laws.

## 4.2   PREGNANCY REASONABLE ACCOMMODATION LEAVE

Compass Group provides reasonable accommodations to qualified Applicants or Associates whose ability to perform their job functions is limited by pregnancy, childbirth, pregnancy-related medical conditions, or breastfeeding. The Company will engage in an interactive process with any Applicant or Associate that requests a pregnancy-related reasonable accommodation under this Policy. Requested pregnancy accommodations will be granted if they are reasonable and do not result in an undue hardship to the Company. Requests for a pregnancy accommodation will be evaluated on a case-by-case basis.

**Workplace Reasonable Accommodations.**

- **Pregnancy Workplace Accommodation.** If an Associate needs a pregnancy-related workplace accommodation, including but not limited to: modified duty work assignment, more frequent or additional breaks, assistance with lifting or carrying, modifications to equipment or assigned duties, or temporary transfer to another position, the Associate should contact Human Resources.

    - **All Food Service Associates** (including Eurest Services and SSC) may contact the HRSC at **1-877-311-4747** or via email to HRServiceCenter@compass-usa.com;
    - **All Crothall Healthcare Associates** (including EVS, Patient Transport, Laundry, POM, HTS) may contact the HRSC at **1-877-311-4747** or via email to SuS-AskHR@compass-usa.com;



- **For Sector Associates not supported by the HRSC**, please contact your HR Representative.

- **Lactation Reasonable Accommodation.** The Company will also provide reasonable break times for Associates to express breast milk for nursing a child. If an Associate needs such a break, the Associate should alert their manager or Human Resources, who will work to find a place for these breaks that is private in nature and free from the view of co-workers and the public. The Company will abide by all state and local laws on lactation breaks where applicable.

- **Documentation Supporting Need for a Workplace Accommodation.** All Applicants and Associates requesting a reasonable accommodation under this Policy may be required to provide documentation from a healthcare provider establishing the medical necessity of a reasonable accommodation for pregnancy, childbirth, a related medical condition, or breastfeeding.

**<u>Leave as a form of Reasonable Accommodation.</u>**

**Pregnancy Reasonable Accommodation ("PRA") Leave.** As an accommodation, the Company will provide qualified Associates who are unable to work due to their own medical condition related to pregnancy or childbirth, an unpaid leave of absence for the period of medical incapacitation if the period is reasonable and does not result in an undue hardship for the Company. This leave will be referred to as the Pregnancy Reasonable Accommodation Leave ("PRA"). PRA Leave may be continuous or intermittent in nature based upon the medical needs of the Associate.

Associates eligible for Family and Medical Leave Act, Americans with Disabilities Act, or other state or local leave laws will be granted time away from work under those laws first, before being reviewed for eligibility under this Policy. The Company will consider an Associate's total time out of work (under all Company leave programs) when determining if additional leave is reasonable under this Policy.

**<u>How to Apply for PRA Leave.</u>** To apply for PRA Leave, Associates should contact the Leave of Absence ("LOA") Department at 1-877-311-4747. Associates should also alert their management team that they are seeking a leave, and the period of time their medical provider is instructing them not to work. Associates do not need to disclose to management the reason for the leave, only that a leave has been requested and the anticipated period of the leave.

Upon an Associate's request for leave under this Policy, the Associate will receive a letter from the Company's LOA Department indicating the Associate's rights and responsibilities under PRA Leave, whether the Associate is eligible for PRA Leave, and if the Associate is not eligible for PRA Leave, the reason(s) why.

**<u>Notice Requirements.</u>** Associates requesting PRA Leave must provide thirty (30) days of advance notice if the need for Leave is foreseeable (such as an expected birth). If the need for Leave is unforeseeable, the Associate must notify their manager or the LOA Team as soon as practicable based on the circumstances. Failure to follow these notice requirements is grounds for the Company to delay granting or to deny an Associate's request for PRA Leave.

**<u>Call-Out Procedure.</u>** If an Associate is on intermittent leave or unforeseen continuous leave is being requested, the Associate must follow the Company's and the account's established Call-Out Procedure. When an Associate is going to miss all or part of his/her scheduled shift, communication with management about the time away is of utmost importance to ensure proper staffing and coverage is in place.

Failure to follow established Call-Out Procedures absent unusual circumstances will be considered a Work Rule Policy violation and will result in progressive counseling, up to and including termination. An Associate should also contact their manager with questions regarding the account specific Call-Out Procedure.

**<u>Certification Requirements.</u>** The Associate must provide medical certification from a healthcare provider supporting the need for leave. The medical certification form will be provided to Associates by the Company's LOA Department upon learning of an Associate's need for leave. **The Company requires Associates to return Medical Certification to the Company by the deadline specified on the Medical Certification request that is sent to the Associate.**

Failure to provide the requested medical certification in a timely manner may result in denial of leave or other adverse employment consequences. If emergent or exigent circumstances prevent timely delivery of the medical certification, the LOA Department must be notified as soon as possible

**Use of PTO While on Leave.** PRA Leave and accommodations that require Associates to work a reduced work schedule or to take time off from work intermittently are unpaid. Associates have the option of using accrued but unused vacation time, paid time off (PTO), or paid sick says, during the Leave. PTO and vacation time cannot be used as a means to extend the leave.

**Associate Health Insurance Plans-Medical, Dental, & Vision.** Associates approved for any official Company leave program, including FMLA, ADA, PRA, and state leave laws (excluding Military Leave), or a combination of these leaves will maintain their existing group insurance coverage on the same terms as if the Associate was still working for up to six (6) months, as long as the Associate pays their health plan premium contributions on a timely basis. An Associate will be required to pay the same premium amount that the Associate contributed to their healthcare plan before the Associate went on approved Leave. If an Associate does not pay their share of the health insurance contribution, it may result in loss of coverage. The six (6) month period counts time used under other leave programs within a rolling twelve (12) month period.

- **After six (6) months of Leave.** Associates will have the opportunity to elect continued coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA").

- **If the Associate does not Return to Work After Leave.** If an Associate does not return to work at the end of the Leave, they will be required to reimburse the Company for any premium(s) paid by the Company, unless the failure to return to work was because the Associate has a continuation, recurrence, or onset of either a serious health condition or for reasons beyond the Associate's control. The Associate will have the opportunity to elect continued coverage under COBRA.

**PTO, Vacation Pay, Sick Pay, Pension, Car Allowance, Cell Phone/Smartphone Stipend.** During a PRA Leave, an Associate will not accumulate employment benefits such as vacation pay, sick pay, pension, PTO, or any other benefits. These benefits will accumulate up to the day on which the PRA Leave begins and will not be lost by the use of leave. Car allowances and cell phone/smartphone stipends will further not be paid during the PRA Leave period. To the extent this provision conflicts with any state or local law, the Company will adhere to the applicable law.

**Return to Work.** If an Associate returns from PRA Leave either before or on the business day following the last day of their approved leave, then the Associate will be returned to their previous job with equivalent pay and benefits. However, the Associate will not be entitled to any greater right to reinstatement than if they had not taken the leave. For example, if the Associate would have been laid off regardless of the PRA Leave, or they would not have been offered a comparable position, then the Associate will not be entitled to reinstatement.

**Consequences of Failing to Return from an Approved Leave.** If an Associate fails to return from a PRA Leave and is not qualified for any other Company approved leave programs, the Associate will be considered to have voluntarily resigned from their position. To the extent a state or local law provides for further benefits to Associates than those offered by the Company, the Company will comply with such laws.

**No Discrimination/Retaliation.** The Company strictly forbids interference with an Associate's right to a reasonable accommodation and discrimination, harassment, and/or retaliation against any Associates who exercise their rights under this Policy. Moreover, the Company prohibits requiring an Associate to accept an accommodation if they do not need one and/or requiring an Associate to take leave if another form of reasonable accommodation can be provided.

If an Associate believes their right to a reasonable accommodation has been interfered with or that they have been discriminated, harassed, and/or retaliated against due to exercising their rights, the Associate should immediately   alert their manager, Human Resources, or the LOA Department at 1-877-311-4747.

**Adherence to All Applicable Laws.** In addition to PRA Leave, the Company provides all other leaves that are mandated by state or local laws. For those state or local laws allowing for additional Leave for pregnancy and pregnancy-related conditions, or for other medical issues, Associates should consult with the LOA Department for additional information. When an Associate applies for PRA Leave, the Company will evaluate the Associate under any applicable federal, state, or local leave laws.

## 4.3   ACCOMMODATIONS FOR INDIVIDUALS WITH DISABILITIES

The Company will engage in the interactive process with any Applicant or Associate that requests assistance or a reasonable accommodation under the Americans with Disabilities Act ("ADA"), or any other federal, state, or local law. The Company will make reasonable accommodations available whenever possible for all Applicants or Associates with disabilities as defined by the ADA, provided that the individual is otherwise qualified to safely perform the essential job duties and assignments of the position without risk of harm to self or others, and that any accommodations would not result in undue hardship to the Company. Requests for accommodations are evaluated on a case-by-case basis. The Company further provides leave as a reasonable accommodation for Associates with disabilities. ADA leaves are administered through the Company's Leave of Absence department. Please contact your Manager, the Leave of Absence Department, or Human Resources if you have questions about this Policy.

- **All Food Service Associates** (including Eurest Services and SSC) may contact the HRSC at 1-877-311-4747 or via email to HRServiceCenter@compass-usa.com;
- **All Crothall Healthcare Associates** (including EVS, Patient Transport, Laundry, POM, HTS) may contact the HRSC at 1-377-311-4747 or via email to SuS-AskHR@compass-usa.com;
- **For Sector Associates not supported by the HRSC**, please contact your HR Representative.

## 4.4   MILITARY LEAVE

Compass Group takes great honor in employing current and former members of Uniformed Services. We recognize that many of our Associates serve in the National Guard or Reserve, and that as a result they may be called upon to serve on active duty in the uniformed services, and to participate in mandatory drill training. It is our policy to comply with both the letter and the spirit of all applicable laws, including the Uniformed Services Employment and Reemployment Rights Act ("USERRA"), and to encourage our Associates to perform this important duty by ensuring that our policies facilitate the smooth transition into and out of active service.

This Policy is subject to all federal, state, and local laws. If any federal, state, or local law is more stringent than this Policy, the Company will comply with the applicable law. Pursuant to these laws, we prohibit any form of discrimination or retaliation towards an Associate who serves or has served in the uniformed services of the United States, whether on active duty or in a reserve component. This policy of non-discrimination applies to all aspects of employment and advancement of employment.

**What is USERRA.** USERRA is a federal law that protects service members' reemployment rights when returning from a period of service in the uniformed services, including those called up from the reserves or National Guard, and prohibits employer discrimination based on military service or obligation

**Who this Policy Applies to.** For purposes of this Policy, "Uniformed Services" includes training or service with the Army, Navy, Marine Corps, Air Force, Coast Guard, Army National Guard, Air National Guard, Commissioned Corps of the Public Health Service, as well as the reserve components of each of these services. Additionally, "Uniformed Services" includes certain disaster response work (and authorized training for such work), as provided by the Public Health Security and Bioterrorism Response Act of 2002, and any other category of persons designated by the President of the United States in time of war or emergency.

All full-time and part-time Associates, regardless of start date are eligible for Company approved Military Leave to perform Uniformed Services.



**Notice of Military Leave.** An Associate requesting Military Leave must provide advance notice of his/her anticipated leave if they are able to do so. Associates are expected to provide thirty (30) days advance notice of anticipated Military Leave when feasible, and are encouraged to provide as much additional notice of anticipated Military Leave as possible. Notice, along with a copy of any military orders or similar documentation, should be provided to an Associate's Manager and to the Leave of Absence Department.

**How to Apply for a Company Approved Military Leave.** To apply for a Company approved Military Leave, Associates should contact the Leave of Absence Department at 1-877-311-4747. Associates should also alert their management team that they are seeking a Company approved Leave and the period of time for which the Leave is sought. Upon an Associate's request for Military Leave, the Associate will receive a letter from the Company's Leave of Absence Department indicating the Associate's rights and responsibilities under USERRA.

**Reemployment Rights.** Under applicable federal, state, and local laws, an Associate is entitled to certain reemployment rights upon return from an approved Military Leave, provided the Associate: (1) provides advance notice of his/her anticipated uniformed services obligations; (2) is released from duty in the Uniformed Services under conditions that are not less than honorable; and (3) submits a timely application for reemployment. Associates approved for Military Leave will receive specific information about what constitutes timely application for reemployment. If an Associate has any questions about what is a timely application for reemployment, he/she should contact the Leave of Absence Department.

For further details regarding an Associate's rights and obligations under the Military Leave Policy, please contact the Leave of Absence Department.

## 4.5   BEREAVEMENT

Compass Group understands the importance of family and provides paid bereavement benefits to full-time and part-time Associates. In the event of the death of an Associate's family member, Associates are entitled to take paid bereavement to attend funeral services, to take care of personal matters, and to grieve.

**Immediate Family Members.** All full-time and part-time Associates are entitled to up to three (3) consecutive working days of paid bereavement in situations involving the death of the Associate's immediate family member. If the funeral or other memorial service takes place more than 500 miles from the worksite, Associates are entitled to up to five (5) consecutive working days of paid bereavement.

"Immediate Family" is defined as an Associate's parents or legal guardians, mother-in-law, father-in-law, spouse, domestic partner, children, brothers, sisters, grandparents, grandchildren, step-parents, step-children, step-brothers, step-sisters, parents of the Associate's domestic partner, and children of the Associate's domestic partner.

**Extended Family Members.** In the event of the death of an Associate's extended family member, all full-time and part-time Associates are entitled to paid bereavement of one (1) working day. If the funeral or other memorial service takes place more than 500 miles from the worksite, Associates are entitled to up to three (3) consecutive working days of paid bereavement.

"Extended Family" is defined as an Associate's brother-in-law, sister-in-law, daughter-in-law, son-in-law, aunt, uncle, niece, nephew, cousin, and siblings of the Associate's domestic partner.

**Communicating with Management is Important.** Before taking paid bereavement, Associates must alert management of the need for time away and under what benefit they are requesting (Immediate or Extended Family).

**Documentation.** The Company reserves the right to request documentation establishing an Associate's attendance at a funeral or other memorial services and/or documentation of the Associate's relationship to the deceased.



ASSOCIATE CONDUCT

## 4.6    JURY DUTY AND WITNESS TESTIMONY

The Company recognizes the importance of civic responsibilities and the essential function that jurors play in the judicial system. As a result, the Company provides full-time and part-time Associates selected for jury duty with paid and unpaid time away from work for this important civic service. This Policy is subject to all federal, state, and local laws. If any federal, state, or local law is more stringent than this Policy, the Company will comply with the applicable law.

**Jury Duty Paid and Unpaid Time Away.** Associates selected for jury duty will be paid at their normal daily rate while serving on jury duty. The maximum amount of paid time away from work for jury duty is twenty (20) workdays in a rolling twelve (12) month period.

In the event that an Associate's juror service exceeds twenty (20) workdays in any rolling twelve (12) month period, the Company will provide the Associate with unpaid time away from work. During this time, an Associate's existing benefits will continue subject to the Associate's premium contributions. Upon the completion of the required jury service, the Associate will be reinstated to his/her same or similar position.

**Witness Testimony.** Any Associate called to provide witness testimony will be granted unpaid time away from work to provide testimony or as otherwise required by federal, state, or local laws. Associates may elect to use any accrued PTO or vacation time during their time away from work to provide witness testimony for non-work related matters.

**Communicating with Management is Important.** When an Associate is called for jury duty or to provide witness testimony, the Associate must immediately notify his/her Manager and provide proof of the requirement. No Associate will be penalized under the Company's *Attendance Policy*, however Associates serving on jury duty must follow all call out procedures and remain in regular communication with their Manager about their anticipated return to work. Failure to follow call-out procedures could result in disciplinary action, up to and including termination.

**Proof of Service.** In order to be eligible for benefits under this Policy, the Company requires that an Associate provide his/her Manager with documentation establishing his/her required jury service or witness testimony.

**No Retaliation.** No Associate will be retaliated against for fulfilling his or her obligations of jury duty or witness testimony. For questions regarding this Policy, Associates should contact Human Resources.

- **All Food Service Associates** (including Eurest Services and SSC) can contact the HRSC at 1-877-311-4747 or via email to HRServiceCenter@compass-usa.com;
- **All Crothall Healthcare Associates** (including EVS, Patient Transport, Laundry, POM, HTS) can contact the HRSC at 1-877-311-4747 or via email to SuS-AskHR@compass-usa.com;
- **For Sector Associates not supported by the HRSC**, please contact your HR Representative.

## 4.7    TIME OFF TO VOTE

The Company recognizes and encourages Associates' right to vote. To ensure Associates have time to meet their civic responsibilities, the Company provides flexible scheduling to Associates who cannot vote before or after regular work hours, or during their Meal Periods. If an Associate needs time off to vote, the Associate should make arrangements with his/her Manager. The Company requests Associates provide management with advance notice of their need for time off.

Time off to vote is unpaid unless otherwise required by state or local law. Where federal, state, or local laws conflict with this Policy, the Company will comply with all applicable laws.

## 5.    ASSOCIATE CONDUCT

## 5.1    PERSONAL APPEARANCE AND HANDWASHING

In addition to the Company's Uniforms Policy, Compass Group requires Associates to adhere to certain personal appearance requirements to ensure the health and safety of Associates, clients, and customers.

## PERSONAL APPEARANCE

**For all Associates:**
- Good grooming and personal hygiene is mandatory;
- Hair must be neat and clean;
- Facial hair must be kept neatly trimmed;
- Fingernails must be kept clean;
- Accessories and jewelry must be professional; and
- Visible tattoos and other visible body modifications may be permitted, depending on individual location and account specific guidelines.

**For Associates working in food service accounts:**
- Hair nets or hats should be worn as appropriate;
- Jewelry, other than a plain wedding band or medical alert jewelry, is strictly prohibited;
- Medical alert jewelry must be worn as a necklace under the uniform, or as an ankle bracelet or shoe tag;
- Earrings are not permitted;
- Nail polish is not permitted; and
- Non-canvas, slip-resistant, closed-toe shoes are to be worn at all times.

**For Associates working in support services accounts:**
- Personal Protective Equipment (PPE) should be used accordingly.
    - Wear gloves and safety glasses when handling chemicals and/or bodily fluids;
    - Wear long-cuff chemical resistant gloves and apron when handling laundry chemicals;
    - Wear full face shield when checking/replenishing battery fluids;
    - Wear long sleeve gown and shoe covers if hazardous substance is likely to splash;
    - Use a respirator (mask) when hazardous substance is airborne, such as tuberculosis;
    - Remove PPE carefully and in the proper order to avoid contaminating yourself;
    - Dispose of used PPE in designated containers before leaving area;
    - Wash/disinfect your hands.
- Jewelry and medical alert badges must conform to account-specific requirements;
- Nail polish restriction must conform to account-specific requirements; and
- Non-canvas, slip-resistant, closed-toe shoes must conform to account-specific requirements.

Because everything on this subject cannot possibly be addressed, Associates with questions about the appropriateness of a particular item should speak with their Manager before wearing certain articles.

An Associate whose appearance does not meet these guidelines will be given a warning by his/her Manager. If the problem is not corrected by the Associate's next shift, he/she will be sent home (without pay for hourly and non-exempt Associates), and may be subject to progressive counseling, up to and including termination.

## HAND WASHING

The most important personal hygiene rule is proper hand washing. While this Policy is intended for Associates working in foodservice and support services accounts, office and corporate Associates are also expected to practice good hand washing.

**Wash hands before and/or after:**

- Starting work;
- Putting on gloves;
- Touching hair, face, or body;
- Sneezing or coughing;
- Smoking, chewing tobacco, or chewing gum;

- Eating or drinking;
- Taking out garbage or disposing of trash;
- Using the restroom;
- Touching anything that may contaminate hands;
- Switching from working with one food to another food;
- Going from a nonfood preparation task to a food preparation task;
- After cleaning a room or area;
- Changing gloves;
- Clearing tables or bussing, scraping, or washing dishes/utensils; and
- Working with raw food.

**General Hand Washing Requirements:**

Follow all legislative standards and recommendations regarding hand washing and hygiene.
1. Remove watch and jewelry before washing hands;
2. Keep clothing from touching sink;
3. Turn water faucet on and adjust temperature to comfortably warm water, and avoid splashing water;
4. Thoroughly wet hands and wrists;
5. Using plenty of soap, wash hands and wrists using a circular motion and FRICTION for 15 seconds. Be sure to wash all surfaces of hands including between fingers, wrists and backs of hands;
6. Rinse hands thoroughly with plenty of running water flowing from wrists to fingers;
7. Dry hands using a paper towel (not uniform or apron). When finished use towel to turn faucet off. This step avoids contact with the contaminated faucet handle after hands are washed.

Failure to follow the hand washing guidelines outlined above may result in progressive counseling, up to and including termination.

## 5.2   UNIFORMS

It is extremely important to Compass Group that the Company presents a professional image to clients and customers. To ensure this objective is met, Associates are required to abide by the Company's *Uniforms* and *Personal Appearance and Hand Washing* Policies.

**Uniforms.** Generally each account has a specific uniform requirement and policy. Account management will describe in detail the account's specific policy during the on-boarding process.

Uniforms and name tags will generally be provided to Associates by the Company upon hire. However, this may vary from account to account. Associates who are issued uniforms must sign for each item issued, and all items are to be returned to the Company upon separation without exception. Associates will be charged for all uniform items that are not returned.

At the start of each shift, Associates must be in their full uniform and the uniform must be clean, pressed, and neatly maintained. Torn, frayed, or patched clothing is not permitted at any time. Proper shoes are to be worn at all times and shoes must be maintained and polished. Likewise, all Company-issued personal protective equipment must be worn and used as directed.

All federal, state, and local laws regarding uniforms, including laundering of uniforms, will be followed by the Company. If an Associate ever has any questions about the Company's Uniform Policy or the account specific policy, the Associate should speak with his/her Manager.

## 5.3   WORKPLACE SAFETY

Associate safety is a priority at Compass Group, and the Company is committed to ensuring a safe workplace for all Associates. The Company has an injury prevention program that includes job training and instruction on safe and healthy work practices. In addition, the Company has established procedures for investigating work-related incidents, and for identifying, evaluating, and correcting unsafe work conditions. Field Associates will receive safety training and guidelines

that detail their responsibilities for maintaining a safe work environment. A printed copy of the Company safety manual, which serves as a quick reference to the tools needed to operate a safe workplace, is maintained at all operating locations.

**For the well-being of all Associates, Associates must report any workplace accidents and unsafe practices and conditions to their Manager immediately.** Associates may also report any unsafe practices and/or working conditions using any of the resources as outlined in the Company's *Open Communication Policy.* By working together, the Company and its Associates will all have a safe place to work.

All Company-mandated personal protective equipment must be worn/used as directed. The Company reserves the right to require Associates to pay for any Company-issued personal protective equipment that must be replaced due to Associate negligence, unless otherwise prohibited or restricted by any state or local law.

## 5.4   ATTENDANCE POLICY

Compass Group strives daily to provide quality services for its clients and customers. Every Compass Group Associate plays an important part in making this goal a reality. Unfortunately, when even one Associate is absent, late, or leaves early from his/her scheduled shift, the Company's ability to meet this goal is strained and fellow team members must work harder in order to try and achieve the quality services clients and customers deserve and have come to expect.

**Policy Overview.** The Company recognizes that there may be times when an Associate cannot attend his/her scheduled shift because of an illness, emergency, or other rare set of circumstances. That is why the Company has identified excused and unexcused guidelines, progressive counseling procedures for unexcused absences, call out procedures, and how incidents of no-call, no-show should be incorporated into this Policy.

**This Policy is broken up into the following five (5) sections. Please refer to each section for more information.**
- A.   Types of Absences
- B.   Progressive Counseling for Unexcused Time Away from Work
- C.   No Call, No Show
- D.   Call Out Procedures

### A.   Types of Absences

1. **Excused Time Away from Work.** There are times when an Associate's time away from a scheduled work shift (i.e. absence, lateness, breaks, or early out) will be "Excused" based on the situation and/or reason for the Associate's time away. The following is a non-exhaustive list of events that are considered "Excused Time Away":
   - Any requested time off from work that is approved by the Associate's Manager at least one (1) day in advance; this includes use of Holiday, Vacation, or Paid Time Off;
   - Time missed, excused by the Family Medical Leave Act ("FMLA");
   - Time missed, excused by the Americans with Disabilities Act, as amended ("ADA");
   - Time missed to attend court-mandated jury duty pursuant to the *Jury Duty & Witness Testimony Policy;*
   - Time missed for funeral/bereavement leave pursuant to the *Bereavement Policy;*
   - Time missed for military leave as excused by the Uniform Services Employment and Reemployment Rights Act ("USERRA") pursuant to the *Military Leave of Absence Policy;*
   - Time missed from work due to inclement weather per the *Inclement Weather Policy;*
   - Time missed pursuant to the *Election Day Schedules Policy;*
   - Time missed, excused by any other federal, state, or local law; or
   - Time missed expressly excused by any other Company, Sector, or account policy.

### Points of Clarification about Excused Time Away from Work

- **Documentation.** The Company reserves the right to request medical or other documentation for an Associate's Excused Absence. Failure to provide documentation in a timely fashion may result in the missed time being deemed unexcused.

- If an Associate misses time away from work for any of the above Excused Absences, the Associate will not receive an Occurrence Point (definition of Occurrence Point is described below).
- **Follow Call-Out Procedure.** Even when an Associate's time away from work is Excused, regardless if the time away is an absence, lateness, Meal Period and Rest Break Policy violation, or early-out, the Associate **must** follow the account's Call-Out Procedure. Failure to follow the Call-Out Procedure will result in performance counseling for violation of the Company's Work Rules.
- **Inform Management the Time Missed May be "Excused."** If an Associate believes his/her absence, lateness, Meal Period and Rest Break Policy violation, or early-out may be an Excused Absence, the Associate is responsible for alerting his/her Manager.

2. **Unexcused Time Away from Work.** Unexcused Time Away is also commonly referred to as an "Occurrence". Unexcused Time Away may result in progressive counseling under this Policy.
   - An **Absence** that does not fall into one of the categories contained in the *Excused Time Away* Section of this Policy.
   - **Not reporting to work** before the end of the Associate's second hour of work (e.g. if an Associate is scheduled to work at 8 am, the Associate is considered to be absent, not late, as of 10:01 am).
   - **Lateness** that does not fall into the *Excused Time Away* Section of this Policy. *Lateness* is defined as clocking in or signing in past the scheduled shift's start time and defined Meal Period Grace Period.
   - **Early-Out** that does not fall into the *Excused Time Away* Section of this Policy. *Early-Out* is defined as an Associate leaving before the end of his/her scheduled shift without Managerial approval.
   - **Failure to follow Meal Period and Rest Break protocols.** This includes failing to take Meal Periods and/or Rest Breaks on time (as scheduled by Management); taking short or extended Meal Periods and/or Rest Breaks; skipping Meal Periods and/or Rest Breaks without Manager consent; and not properly recording unpaid Meal Periods on time records.
   - **No Call, No Show.** Failure to report the absence at any time before or within the first two (2) hours of the Associate's scheduled shift. This is considered a "No Call, No Show". See section on No Call, No Show below.

B. **Progressive Counseling for Unexcused Time Away from Work.**

**Occurrence Points.** Unexcused time away from work is monitored and may result in disciplinary action as outlined in the chart below. It is Company policy to count "Occurrences" not the number of tardies, early outs, and absences. A full day unexcused absence is one (1) Occurrence Point. *If an Associate is absent for up to three (3) consecutive workdays for the same reason, it will count as one (1) occurrence.*

| Event | Result |
|---|---|
| One to three consecutive unexcused absences (for same reason) | 1 Occurrence Point |
| Lateness/Tardies and Early Out | ½ Occurrence Point |
| Meal Period and Rest Break Policy Violations | ½ Occurrence Point (based upon criteria below) |

**Example.** If an Associate has car trouble and for three (3) consecutive days the Associate is unable to report to work due to car trouble (and has properly notified management), then this period will only count as one (1) Occurrence Point rather than three (3) Occurrence Points because the time away from work was for the *same* reason for each of the three (3) consecutive days missed. In this same example, if the Associate was absent for three (3) additional consecutive days, even due to car trouble (i.e. the *same* reason), the Associate would earn one (1) additional Occurrence Point.

**Criteria for Issuing Occurrence points for Failure to Follow Meal Period and Rest Break Policy.** Before an Associate may receive ½ an Occurrence Point under this Policy for failure to follow the Company's Meal Period and Rest Break Policy, there must be: (1) documentation that the Associate was trained on the Company Meal Period and Rest Break Policy; and (2) the Associate must receive a documented verbal warning about the need for future compliance with the Meal Period and Rest Break Policy.
   - If despite this notice and training an Associate fails to abide by the procedures outlined in this Policy, the

Associate will be subject to ½ an Occurrence Point for each violation.

- A violation is considered each workday that the Associate fails to follow the Company Meal Period/ Rest Break Procedures By way of example, if on a workday an Associate takes a short Meal Period outside the Meal Period Grace Period and, without Manager approval, fails to take his/her scheduled Rest Break, the Associate would only receive ½ an Occurrence Point despite there being two (2) separate incidents. In sum, regardless of the number of Meal Period and Rest Break Policy violations in a day, the maximum number of Occurrence Points an Associate can receive is ½ point.

**Rolling 12 Month Schedule.** Occurrence Points are based on a rolling twelve (12) month period. For example, if an Associate is absent from work on March 1, this attendance occurrence will remain on record and will count towards any disciplinary action for unexcused time away (absence, lateness, Meal Period and Rest Break Policy violations, and/or leaving early) until March 1 of the following year.

**Disciplinary Action.** The Occurrence Points an Associate receives due to Unexcused Time Away will be recorded. The progressive counseling steps outlined in this *Attendance Policy* are separate from the steps outlined in the *Progressive Counseling Policy*. For example, an Associate who has reached the final warning stage in the *Progressive Counseling Policy* due to violations of the *Workplace Work Rules Policy* may not be terminated for violation of the *Attendance Policy* unless he/she has sufficient violations under the *Attendance Policy* to justify termination independently.

If an Associate receives a certain number of Occurrence Points, the Associate will be subject to disciplinary action based on the following schedule:

**Introductory Period Associates (90 days or less of employment)**
- 1 Occurrence Point – final warning
- 2 Occurrence Points – discharge

**Full-Time and Part-Time Associates Employed for More than 90 days**
- 5 Occurrence Points in a rolling twelve (12) month period – written warning (2nd progressive counseling)
- 6 Occurrence Points in a rolling twelve (12) month period – final warning (3rd progressive counseling)
- 7 Occurrence Points in a rolling twelve (12) month period – discharge

C. **No Calls, No Shows.**
A "No Call, No Show" is when an Associate fails to report for work and fails to report the absence to his/her Manager at any time before or within the first two (2) hours of the Associate's scheduled shift.

- **One No Call, No Show.** The first incident of No Call, No Show in a twelve (12) month period will result in a final warning for the Associate. If an Associate is within his/her Introductory Period, one (1) No Call, No Show will result in termination.

- **Two Non-Consecutive No Call, No Shows in a Rolling 12 Month Period.** If an Associate has two (2) separate incidents of No Call, No Show in any twelve (12) month period, the Company will terminate the Associate's employment.

- **Two Consecutive No Call, No Shows.** If an Associate No Call, No Shows for two (2) consecutive scheduled work shifts, the Company will deem that the Associate has chosen to resign his/her employment.

D. **Call-Out Procedures.** When an Associate is going to miss all or part of his/her scheduled shift, communication with management about the time away is of utmost importance. Advance notice provides the Company with at least an opportunity to try and find a substitute or otherwise plan on how to deal with being short staffed.

**All Absences, Lateness, and Early-Outs Must be Communicated to Management.** Whether the absence or lateness is excused or unexcused, the Associate **must** call to report his/her absence or lateness unless he/she is physically unable to do so. If the Associate's Manager is unavailable the Associate may leave a recorded message or a message with another person, though the Associate must call the Manager back the same day and discuss the absence with his/her Manager. This will ensure that the message has been received and gives the Associate the opportunity to

discuss with his/her Manager when he/she plans to return to work.

**Failure to Follow Call-Out Procedures will be Considered a Work Rule Policy Violation (not an Attendance Policy violation)** and will result in progressive counseling, up to and including termination. The Associate should also check with his/her Manager about account specific Call-Out Procedures.

**Leave of Absence**
If an Associate requests a leave of absence ("LOA") from the Company, the Associate must still contact management to report his/her absences until management receives notification from the Leave of Absence Department ("LOA Department") that an LOA has been requested. Failure to do so will result in the shift being coded as a "No Call, No Show." When an Associate requests a leave of absence, any absences will be coded as conditional until the LOA Department approves or denies the request. If the Associate's leave of absence request is approved, any absences during the approved leave dates will be considered excused.

If the leave of absence request is denied, or if the approved leave of absence does not cover all absences, absences outside of any approved leave dates will be considered unexcused and an Associate may accrue up to six (6) Occurrence Points in accordance with Section V.B of this Policy for the time missed from work after the leave of absence request and prior to the LOA Department's decision or the leave of absence request. Occurrence Points accrued will be considered within the applicable rolling twelve (12) month period to determine if the Associate is subject to disciplinary action. However, in any situation where the leave of absence request is denied, or if the approved leave of absence does not cover all absences, no disciplinary action more severe than a final written warning for attendance will be issued for time missed after the leave of absence request and prior to the LOA Department's decision on the request unless the Associate was on a final written warning for attendance at the time of the leave of absence request or the first day of absence, whichever occurs later. In the event that the Associate was on a final written warning for attendance at the time of the leave of absence request or the first day of absence, whichever occurs later, the Associate will escalate to the next level of discipline, i.e., termination. An Associate who continues to miss shifts after the notification of the denial, or after the last approved day of the leave of absence, will incur additional occurrences (and related disciplinary action(s)) unless the absences are otherwise excused.

## 5.5   PERSONAL INFORMATION

**Associates Must Keep the Company Updated.** It is important that the Company has complete, accurate, and up-to-date records for its Associates. Associates are therefore asked to immediately notify management of any changes to their address, name, home or emergency telephone numbers, or changes to any other information contained within Company records.

**The Company's Commitment to Protect Associate Personal Information.** The Company is committed to safeguarding Associate personal information., and maintains Associate data consistent with its own needs and to comply with specific federal, state, and local laws. Access to Associate records containing personal information is considered confidential and Company access to this information will be limited to Company representatives with a legitimate business need for such information.

## 5.6   RESIGNATION

**Required Notice.** The Company requests that Associates planning to voluntarily resign provide two (2) weeks' notice in writing to their Manager. Failure to provide proper notice may result in an Associate being ineligible for rehire in the future. The Company reserves the right to accept an Associate's resignation immediately in lieu of notice.

**Return of All Company and Client Property.** Associates are required to return all Company and client property, equipment, documents, and material to the Company upon separation. This includes all uniforms, keys, training manuals, computers, credit cards, phones, work product, Company vehicles, etc. Failure to return all Company and/or client property upon separation may result in an Associate being ineligible for rehire in the future and possible legal recourse.

**Benefits.** Associates should note that each benefit they have with the Company will be directly affected by their separation from the Company. Associates should refer to their Handbook Supplement for additional information regarding non-medical benefits.

## 5.7   VIOLENCE-FREE WORKPLACE

Compass Group is committed to providing a safe and secure workplace to all Associates.

**Prohibited Behaviors.** Examples of prohibited conduct under this Policy include, but are not limited to, threats of violence, acts of violence, aggressive behavior, intimidating behavior, unwanted physical contact, assault, fighting, cursing, spitting, or other actions that threaten, intimidate, bully, or inappropriately invade an Associate's personal space.

**Report Incidents and Concerns.** Every Associate is responsible for reporting any incidents of violent behavior or other suspicious activities that he/she may notice in or about the workplace. This includes any situations that involve other Associates, former Associates, clients, vendors, suppliers, customers, visitors, or others. The Company needs the help of all Associates to maintain a workplace free of threatening behavior and violence.

**Violations of this Policy.** Associates who violate this Policy will be subject to disciplinary action, up to and including termination.

**Prohibition Against Firearms & Dangerous Weapons in the Workplace.** Subject to any state or local laws to the contrary, Associates are not allowed to have firearms, or any other dangerous weapons or instruments (concealed or otherwise), in their possession while on Company business or while on Company or client property. This includes having a firearm or other dangerous weapon in an Associate's locker, purse, computer bag, on their body, or in Company owned or personal vehicles parked on Company or client premises. Associates should never have a firearm in any Company owned or leased vehicle. This Policy includes Associates who have applicable licenses to carry such firearms.

The Company will comply with all federal, state, or local laws that may conflict with the above policy on firearms. To ensure compliance with all state and local laws, Managers must contact Human Resources before progressive disciplining an Associate for violations of this Policy. Associates with questions about this Policy, should contact their Manager or Human Resources.

In some geographic locations, local authorities may recommend that Associates carry defensive devices, in conformance with applicable law, to and from work to protect themselves, but these defensive devices are not intended for the workplace. Compass Group, and not the Associate, reserves the right to determine whether it is appropriate to possess/carry a defensive device in the workplace. Examples of defensive devices may include, but are not limited to, items such as pepper spray and mace, but do not include firearms or dangerous weapons. This prohibition does not apply to weapons permitted to be kept in vehicles in accordance with applicable state or local laws.

## 5.8   WORK RULES

These Work Rule guidelines are intended to help Associates understand what is expected of them and what behaviors will help deliver the high quality service that the Company's clients deserve and have come to expect.

**Violations of these Work Rules may result in some form of disciplinary action**, depending upon the seriousness of the offense. **Violations of the Work Rules are classified by Severity.** The classifications are:

- **Class A Offenses:** Very serious offenses that will normally result in discharge.
- **Class B Offenses:** Serious offenses that will normally result in progressive counseling, up to and including discharge.
- **Class C Offenses:** Class C offenses will not normally result in immediate discharge, but make it necessary for the Company to take progressive counseling steps to address an Associate's job performance or personal behavior. However, the Company reserves the right to impose more stringent progressive counseling when the facts pertaining to the offense deem it appropriate.

**Counselings will generally be issued progressively.** See below:
- **Introductory Period (First 90 Calendar Days of Employment):**
    1. First offense – Final Progressive Counseling;
    2. Second offense – Discharge



- **After Introductory Period:**
    1. First offense within a rolling twelve (12) month period – First Progressive Counseling;
    2. Second offense within a rolling twelve (12) month period – Second Progressive Counseling;
    3. Third offense within a rolling twelve (12) month period – Final Progressive Counseling; and
    4. Fourth offense within a rolling twelve (12) month period –Discharge

**The progressive counseling process is based upon a rolling twelve (12) month period.** This means that any offenses that occur within this time period will count towards any progressive counseling taken against an Associate. However, progressive counselings issued *prior* to the past rolling twelve (12) month period will generally not be taken into consideration when issuing a new progressive counseling unless the behavior is severe and repetitive in nature.

**Progressive Counseling Appeal Options.** Associates may appeal progressive counseling within five (5) days of receiving the counseling. To do so, Associates should present a written appeal to the next level Manager or contact Human Resources.
- **All Food Service Associates** (including Eurest Services and SSC) can contact the HRSC at 1-877-311-4747 or via email to HRServiceCenter@compass-usa.com;
- **All Crothall Healthcare Associates** (including EVS, Patient Transport, Laundry, POM, HTS) can contact the HRSC at 1-877-311-4747 or via email to SuS-AskHR@compass-usa.com;
- **For Sector Associates not supported by the HRSC**, please contact your HR Representative.

**Examples of Class A, B, and C Offenses.** The following are examples for each of the three (3) categories of offenses. These examples are intended as guidelines to assist all Compass Group Associates with understanding what types of behavior constitute Class A, B, and C offenses. The following is not a complete list of items that an Associate could be placed on progressive counseling for, as providing such a list is not possible. The Company reserves the right to supplement or revise the classifications of offenses. The Company also reserves the right to pursue legal action against any Associate who commits criminal offenses against the Company, its Associates, clients, customers, suppliers, or other relevant parties.

**A. Examples of Very Serious Offenses That Will Normally Result in Discharge:**

1. Theft or dishonesty;
2. Recording false information, including but not limited to, tampering with your own or another Associate's time record;
3. Entering false information on any reports or records;
4. Presenting false information when seeking employment with the Company;
5. Unauthorized use or deliberate waste of Company cash, P-cards, merchandise, or product;
6. Removal of property, personal or otherwise, belonging to another Associate, customers, or clients without permission;
7. Unauthorized use or removal of Company or client, property, tools, equipment, uniforms, etc., from Company and/or client premises;
8. Misuse of any Company or client issued identification material (i.e., security pass or badge);
9. Reporting for work while under the influence of an illegal drug or alcohol;
10. Possession, use, sale, or distribution of illegal drugs or other controlled substances during working hours or while on client or Company business or premises (including Company owned or leased vehicles, as well as Associates' personal vehicles used for business purposes);
11. Possession of firearms or any other dangerous weapons or instruments, concealed or otherwise, on Company or client premises, including in vehicles, lockers, computer bags, personal belongings, etc., unless permitted by applicable state or local law;
12. Fighting or instigating a fight during working hours or on Company and/or client premises;
13. Willful destruction of Company or client property;
14. Indecent behavior during working hours;
15. Taking or giving bribes;
16. Failure to protect Company assets through gross negligence or willful misconduct (i.e., loss of funds, product, or business);

17. Failure to safeguard Company technology assets and services (i.e., loss or theft of equipment, or security breaches due to negligence);

18. Misuse or unauthorized disclosure of confidential business information not otherwise made available to persons or firms outside of the Company;

19. Use of Company resources and capital for personal financial gain;

20. Failure to comply with and follow the Company's Cash Handling Policy and all other financially-related policies and procedures;

21. Unauthorized use of a Company vehicle;

22. Operating a Company vehicle without having the current license(s) as required by federal, state, or local law;

23. Operating a Company vehicle while the Associate's license is suspended, revoked, or cancelled by any state;

24. Operating a Company vehicle when the Associate has lost the right to operate a vehicle in any state, has been disqualified from operating a vehicle in any state, or does not have the correct license class or license endorsements as required by federal, state, or local law;

25. Discriminatory practices such as disparate treatment, harassment, exclusion, or ridicule of individuals based on sex, sexual orientation, gender identity, race, religion, color, disability, age, pregnancy, child birth or any related condition, national origin, veteran status, genetic information, or any other basis protected by federal, state, or local laws (extends to Company Associates, clients, suppliers, or vendors);

26. Violations of the Company's *Fair Treatment Policy*;

27. Retaliatory practices such as, but not limited to, harassment, exclusion, demotion, termination, threats, reduced hours, or ridicule due to an Associate's filing of a complaint and/or participation in an investigation, proceeding, or hearing; or

28. Allowing unauthorized persons, including family members or friends, to enter any building belonging to our clients.

**B. Examples of Serious Offenses That Will Normally Result in Progressive Counseling, Possible Administrative Leave, or Discharge:**

1. Refusal to perform any reasonable or lawful job or work assignment given by the Associate's Manager or other members of management when the Associate clearly understands the assignment and has been warned that his/her refusal may result in progressive counseling, up to and including discharge. (This behavior is also known as insubordination.);

2. Swearing or use of other abusive language;

3. Physically or verbally threatening fellow Associates with violence;

4. Making or writing maliciously false or knowingly slanderous statements concerning any Associate, the Company, client, or Company or client products (this includes content posted on Social Media);

5. Making any public statement for, or on behalf of, the Company without prior authorization;

6. Mixing or exchanging personal money with Company funds;

7. Misuse or unauthorized disclosure of confidential business information not otherwise made available to persons or firms outside of the Company;

8. Failure to immediately report any work-related accidents;

9. Reckless or dangerous conduct, including horseplay, during working hours or in work areas;

10. Violating any safety and sanitation rules or practices, including failure to wear appropriate personal protective equipment (i.e., cut gloves slip resistant shoes, food handling gloves, chemical resistant gloves, goggles, or car safety belts when driving a Company vehicle or other vehicle used in the course and scope of Company business), or engaging in any behavior that may create an unsafe workplace or safety hazard;

11. Violations of security procedures;

12. Serious, unlawful, improper, or wrongful conduct in connection with employment. (This behavior is also known as gross neglect of duty);

13. Attempting to enter, entering, or assisting any person to enter the Company's and/or client's restricted areas without proper authorization;

14. Being present for any reason in interior work areas before the start or after the finish of an Associate's work day, or after the Associate's separation from employment;

15. Absence, lateness, or leaving early without notifying management or without having a reasonable excuse;

16. Sleeping or dozing on the job;

17. Gambling on the job;

18. Soliciting of any type on Company and/or client premises during the working time of the Associate being solicited, or the Associate who is soliciting; this excludes Meal Periods and Rest Breaks;

19. Engaging in any conduct – other than protected concerted activities – which is harmful to the interests or

reputation of the Company including, but not limited to, criminal, illegal, and unlawful acts;

20. Losing or misplacing keys or other Company equipment while under an Associate's direct responsibility; or
21. Unauthorized review of documents left on client and/or Company work spaces; or
22. Violations of the Company's *Fair Treatment Policy.*

**C.  Examples of Offenses That Will Normally Result in Progressive Counseling:**

1.  Straying from one's work area during working hours without authorization, excluding Meal Periods, Rest Breaks, and using restrooms;
2.  An Associate's loss of interest in or inattention to his/her work duties;
3.  Failure to meet reasonable standards of efficiency (this includes failure to provide adequate customer service);
4.  Neglect of job duties and responsibilities where gross neglect is not involved;
5.  Smoking or chewing tobacco in an unauthorized area, when handling food, when in contact with customers, or when in food production or dish room areas;
6.  Failure to keep accurate work records;
7.  Unauthorized use of electronic systems or equipment, including, but not limited to, computers and telephones belonging to the Company and/or client;
8.  Use of personal technology, including cell phones, pagers, MP3 players, headphones, etc., during working hours (excluding Meal Periods and Rest Breaks);
9.  Failure to observe Company dress code, uniform policy, cleanliness, personal hygiene, personal habits, personal appearance, or other requirements established by governmental or regulatory agencies, or by the Company; or
10. Failure to follow account-established call-out procedures for excused or unexcused absences, lateness, or leaving early.

## 5.9   INTEGRITY IN THE WORKPLACE

Integrity and honesty in the workplace are fundamental to the success of the Company and its Associates. The Company is committed to providing each Associate a workplace free from dishonorable behaviors and practices.

To protect the best interests of the Company and its Associates, clients, customers, vendors, and suppliers, the Company will not tolerate fraudulent, deceitful, or otherwise corrupt behaviors by any Associate. Such dishonest behaviors include, but are not limited to, theft of Company, client, or other Company-related property; failure to follow the Company's Cash Handling Policy; unauthorized use of P-Card privileges; falsification of Company documents including expense and/or payroll reports; disclosure of trade secret or confidential Company business information that is not available to the public; or other use of Company resources for personal gain.

Any violation of this Policy may result in disciplinary action pursuant to the Work Rule guidelines and the underlying principal of Integrity in the Workplace. Violations may also result in criminal prosecution (when appropriate).

## 5.10   ENVIRONMENTAL STANDARDS

Compass Group recognizes the significant impact it has on the local environments in which it operates and on the global environment in general. As such, Compass Group is committed to the following:

*   **Pollution Prevention** - All Associates of Compass Group shall take steps to ensure they prevent or minimize the release of any pollutants into the environment as a result of their work activities.
*   **Waste Management** - All Associates shall ensure the proper disposal of all waste materials, keeping in mind good waste management practices. All Associates should be aware of the best environmental option for the disposal of particular waste materials at their workplace. Any Associate found to have disposed of waste material in an inappropriate and/or illegal manner may be subject to disciplinary investigation.
*   **Energy Efficiency** - All Associates shall strive to improve energy efficiency in all aspects of their work, and shall conserve energy wherever feasible.
*   **Recycling and the Use of Recycled Materials** - All Associates shall use recycled materials in their work activities where appropriate and shall recycle appropriate items in accordance with any and all local or national recycling practices.
*   **Water Conservation** - All Associates shall ensure they conduct their daily activities in an effort to conserve water.



All Associates shall comply with Company policies and procedures concerning our treatment of the environment and shall utilize all information provided to them in order to make informed decisions with regards to environmental matters.

## 5.11   USE OF COMPANY AND CLIENT TECHNOLOGY

The Company provides access to Company technology and technology systems ("Technology Services"), such as computers, computer accounts, e-mail, Internet, telephones, cell phones, tablets, and other communications technology, to Associates who need to have access to such Technology Services to support their job performance. Only authorized Associates may use Company Technology Services. Associates who have authorized access to client Technology Services must adhere to client policies, as well as Compass Group's policies.

**The Company expects Associates to protect and safeguard its Technology Services at all times.** Loss of equipment and security breaches due to negligence (i.e., leaving a mobile computer or wireless device in an automobile, placing Company electronic equipment in checked baggage when traveling, or sharing a password with unauthorized personnel), may be subject to progressive counseling, up to and including termination.

**Personal Use of Technology Services Should Be Appropriate and Limited.** While use of Company Technology Services is limited to Company business only, the Company recognizes that Associates may occasionally need to use Company Technology Services for personal reasons. Associates may use these Technology Services on a minimal basis. Personal phone calls must be limited during working hours, and may be prohibited by the Company should personal calls interfere with job performance or customer service. Should the Company issue a cell phone or Smart Phone to an Associate, he/she must limit use to business-related tasks.

Associates shall not use Company Technology Services to send or receive information that may be inappropriate or harassing to others, or is in violation of federal, state, and local laws, Company policy, or client policy. Additionally, Associates shall not use Company Technology Services to conduct any other business or commercial activities that interfere with Associates' job performance, are competitive with Company business, or may be perceived as a conflict of interest.

**Company Technology Services Must Be Used Safely.** The Company strongly encourages its Associates not to use cell phones, Smart Phones, and other mobile technology equipment (Company-issued and personal) while operating a Company owned, leased, or rental vehicle, and while operating a personal vehicle for Company business. Where state or local laws further limit the usage of cell phones and Smart Phones while operating a vehicle, the Company will comply with such laws. Failure to follow these regulations may result in progressive counseling, up to and including termination.

**Company's Technology Services are the Property of the Company.** Additionally, all electronic messages composed, sent, or received on Company systems are the property of the Company. Associates, therefore, should not have an expectation of privacy when using Company Technology Services. The Company reserves the right to monitor Associate use of technology at any time unless otherwise prohibited or restricted by any federal, state, or local law. Should the Company find that an Associate is abusing or violating Company policies regarding Technology Services, the Associate may be subject to progressive counseling, up to and including termination. Additionally, the Company may revoke the Associate's privilege to use Company Technology Services. For additional information, refer to the Company's policies regarding Company Technology.

In addition to the guidelines outlined above, it is the responsibility of all Associates to maintain their access rights to the client's Technology Services, property, and facility per the client's standards. This Policy will be enforced pursuant to all federal, state, and local laws.

## 5.12   USE OF PERSONAL TECHNOLOGY

Use of personal electronic technology in the workplace can create an unsafe workplace and reduce the quality of services provided to clients and customers. Associates therefore may not use their personal phones (such as cell phones and Smart Phones), pagers, MP3 players, headphones, tablets, and other personal electronic technology during business hours except during Meal Periods and Rest Breaks.

Personal pagers, cell phones, Smart Phones, etc., if worn on Company or client premises, must not be visible to Associates, clients, and guests, and must be set on vibrate or silent mode. Associates should contact their Manager regarding account-

specific procedures on where Associates' personal technology is to be stored during working hours.

The following is a list of Associate responsibilities in regard to personal phone usage. Failure to adhere to these guidelines could result in disciplinary action up to and including termination of employment.

- Personal phones may not be used for inappropriate internet content or sharing of inappropriate content as outlined in the Company's technology policies.
- Associates may not use personal phones to text message, place, or receive calls at any time in front of guests.
- Associates may not use personal phones, except during scheduled Meal Periods and Rest Breaks.

## 5.13   SOCIAL MEDIA

The Company recognizes that electronic Social Media is a tool that not only enhances business excellence and performance but is also a fun and popular way to share information about an Associate's life and opinions with others. However, use of Social Media presents certain risks and carries with it certain responsibilities. To assist Associates in making responsible decisions about their use of Social Media, the Company has established this Policy on appropriate use. The Company will not interpret or enforce this Policy in any way that interferes with applicable federal, state, or local laws, including but not limited to, the National Labor Relations Act.

"Social Media" can mean many things and includes all means of communicating or posting information or content of any sort on the Internet, including to an Associate's own or another's web log or blog, journal or diary, personal web site, social networking or affinity website, web bulletin board or a chat room, whether or not associated or affiliated with the Company, as well as any other form of electronic communication. Social Media includes, but is not limited to, websites such as such as Myspace, Facebook, LinkedIn, Twitter, Instagram, and Snapchat; multimedia sites such as YouTube, blogs, and microblogs; wikis such as Wikipedia; and virtual work software such as Second Life.

Ultimately, an Associate is solely responsible for what he/she posts on the Internet and on any Social Media platform. The Company requires that Associates adhere to the following business conduct guidelines on the Internet and in their use of all Social Media, including personal activity:

- **Protect Confidential, Proprietary, and Sensitive Information.** Associates are required to maintain the confidentiality of the Company's trade secrets, proprietary, or otherwise confidential, information at all times, including when using Social Media. Trade secrets may include information regarding the development of systems, processes, products, know-how, and technology.

- **Abide by the Company's *Fair Treatment Policy.*** When using Social Media, Associates must abide by the Company's *Fair Treatment* and *Equal Employment Opportunity* policies. Associates should avoid using statements, photographs, video, or audio that reasonably could be viewed as malicious, obscene, threatening, or which deliberately and falsely disparage the Company, other Associates, clients, or customers, including posting remarks that might constitute unlawful harassment or bullying.

- **Do Not Make Endorsements on the Company's Behalf.** When using Social Media, like all other communications, Associates should only express their opinions and should never represent themselves to be a spokesperson for the Company without written consent from the Company's Communications Department. If the Company is a subject of the content being addressed, an Associate must be clear and open about the fact that his/her views do not represent those of the Company and an Associate should not make knowingly false claims that his/her views are shared by other Associates, clients, customers, vendors, or other individuals associated with the Company. Do not use the Company's name or Logos to promote or endorse any product, or political party or candidate.

- **Respect Company Time and Property.** Associates should not use Social Media during working time or on Company equipment, e.g. computers, cell phones, etc., unless required to do so as part of their work duties. Associates should not use Company email accounts to register or otherwise identify themselves on Social Media networks, blogs, or other online tools used for personal use.



- **Respect Others' Property.** Associates should not reproduce or otherwise post reproductions of intellectual property, such as writings, photos, video, audio recordings, etc. without following the guidelines established by the author, owner, or vendor of such work and/or receiving express permission from the author, owner, or vendor.

- **Conflicts of Interest.** Social Media should not be used to conduct business or commercial activities that interfere with an Associate's employment, compete with the Company's business or interests, or otherwise conflict with an Associate's responsibilities to the Company.

- **Use Social Media Responsibly.** Associates should remember that they are responsible for any content posted on Social Media, and that such content may remain accessible to other users even if it appears to have been deleted from the site where it was first posted. Associates should further be aware that even anonymously posted content may be traced back to the author.

- **No Expectation of Privacy.** The Company's Information Technology Department ("IT") regularly reviews information and statistics on Company Internet activity and system usage, including Social Media use. In accordance with the Company's IT *Acceptable Use for Systems and Technology Policy*, the Company specifically reserves the right to monitor and review Associates' use of Company equipment for Internet use, including Social Media use and content, electronic communications, directories, and files for any reason, without notice and at any time. **Associates should not assume a right to privacy in their use of any Company technology or systems.**

Any Associate who violates ANY provisions of this Policy may be subject to disciplinary action, up to and including termination of employment.



# COMPASS ONE HEALTHCARE
# HOURLY HANDBOOK SUPPLEMENT

The Company is pleased to provide eligible Associates with Paid Time Away. Please refer to the Compass One Healthcare–Hourly Paid Time Away Benefits Summary for full program details. You should receive this Summary at the time of hire. If you do not, please contact your manager or Human Resources.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS



ATTACHMENT 13

| To: | Connie Barnes<br>12037 Paul Eels Drive<br>North Little Rock, AR 72113 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2020-00873 | Kenneth Collins,<br>Intake Supervisor | (501) 324-5522 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
**William A. Cash, Jr.,**
**Area Office Director**

MAR 0 9 2020
*(Date Mailed)*

Enclosures(s)

cc:
Sara-Jade Pragasam
Associate Corporate Counsel
COMPASSGROUP USA INC
2400 Yorkmont Road
Charlotte, NC 28217

Marcus C. Devine
DEVINE LEGAL SERVICES
1619 Marlyn Drive
Little Rock, AR 72205

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS**  **—**  **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS**  **—**  **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 – in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION**  **—**  **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE**  **—**  **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form. _____and EEOC *State or local Agency, if any* | [ ] FEPA [x] EEOC | 493-2020-00873 |

| NAME *(Indicate Mr., Ms., Mrs.)* | | HOME TELEPHONE *(Include Area Code)* |
|---|---|---|
| Ms. Connie Barnes | 501.612.3304 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH 11/24/1973 |
| 12037 Paul Eels Drive | North Little Rock AR 72113 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (if more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)*: |
|---|---|---|
| Compass USA Group Morrison HEalthcare | +215 | 704.328.1655 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 2400 Yorkmount Road | Charlotte, NC 28217 | Mecklenburg |
| NAME | NUMBER OF EMPLOYEES, MEMBERS: | TELEPHONE *(Include Area Code)* |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box (es)* | DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA)      LATEST (ALL) |
|---|---|
| [X] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN | 12/16/2019 Wrongful Termination |
| [X] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] OTHER Pregnancy Act | [ ] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)*

See attached letter and copies of Letter of Representation

[EEOC stamp: RECEIVED FEB 24 2020 LITTLE ROCK, AR]

[OFFICIAL SEAL - #12393838 SUSAN L. MILLER NOTARY PUBLIC-ARKANSAS PULASKI COUNTY MY COMMISSION EXPIRES 05-31-23]

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

State of Arkansas City of Little Rock to wit:

I swear or affirm that I have read the above charge September 21, 2020 the best of my knowledge, information and belief.

/x/ _Susan Miller_
SIGNATURE OF COMPLAINANT      DATE 2/20/2020

Sworn to and subscribed to before the undersigned notary public is and for said jurisdiction this 20th day of February, 2020

My commission expires: 6/_Susan Miller_
Notary Public

Date: 2/24/20  Charging Party: _Connie Barnes_